RAYNELL CARMICHAEL, D-25366
San Quentin State Prison-2N-1-L
San Quentin, CA. 94974

***LEGAL MAIL******LEGAL MAIL******LEGAL MAIL***

RECEIVED
NOV - 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
NOV - 2 2007
US PROBATION OFFICE
NORTHERN DIST CALIF
SAN FRANCISCO

OFFICE OF THE CLERK, U.S.DISTRICT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA, 94102

$04.50