Revised 5/96

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
NOV - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff

vs.

Defendant

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

E-filing

CASE NUMBER: CV 07 5622 CW (PR)

I, **Raynell Carmichael**, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated:   ☐ Yes     ☐ No (If "No" DO NOT USE THIS FORM)

   If "Yes" state the place of your incarceration. _____

   Have the institution fill out the Certificate portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

   Are you currently employed?   ☐ Yes     ☐ No

   a. If the answer is "Yes" state the amount of your pay.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay ~~period, and the name~~ and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment          ☐ Yes     ☐ No

   b. Rent payments, interest or dividends                    ☐ Yes     ☐ No

   c. Pensions, annuities or life insurance payments         ☐ Yes     ☐ No

   d. Disability or workers compensation payments            ☐ Yes     ☐ No

   e. ~~Gifts or inheritances~~                              ~~☐ Yes~~  ☐ No

   f. Any other sources                                       ☐ Yes     ☐ No

If the answer to any of the above is "Yes" describe by that item each source of money and state the amount received and what you expect you will continue to receive. Please attach an additional sheet if

4. Do you have cash or checking or savings accounts?    ☐ Yes    ☐ No

   If "Yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ☐ Yes    ☐ No

   If "Yes" describe the property and state its value _____

6. Do you have any other assets?    ☐ Yes    ☐ No

   If "Yes" list the asset(s) and state the value of each asset listed.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

   I declare under penalty of perjury that the above information is true and correct.

OCT. 30, 2007          Raynell Carmichael
DATE                    SIGNATURE OF APPLICANT


CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 50.41 on account to his/her credit at San Quentin Prison (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ 90.12. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ 10.60.

(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

8-31-07                  Larry Ward
DATE                     SIGNATURE OF AUTHORIZED OFFICER

1  Raynell Carmichael, D-25366
   San Quentin State Prison-2N-1-L
2  San Quentin, CA. 94974           Case Number: _____

3  In Propria Persona

9           CERTIFICATE OF FUNDS

10                  IN

11          PRISONER'S ACCOUNT

13     I certify that attached hereto is a true and correct copy of the prisoner's trust account
14  statement showing transactions of _____ for the last six months
15  at SAN QUENTIN STATE PRISON

16                            [prisoner name]
17  RAYNELL CARMICHAEL _____ where (s)he is confined.
18     [name of institution] SAN QUENTIN STATE PRISON
19     I further certify that the average deposits each month to this prisoner's account for the
20  most recent 6-month period were $ 10.00 and the average balance in the prisoner's
21  account each month for the most recent 6-month period was $ 90.12 .

23  Dated: 8-31-07                    _____Larry Ward_____
24                                    [Authorized officer of the institution]

```
REPORT ID: TS3030    .701                                      REPORT DATE: 08/31/07
                                                                PAGE NO:            1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 SAN QUENTIN PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: MAR. 01, 2007 THRU AUG. 31, 2007

ACCOUNT NUMBER  : D25366                        BED/CELL NUMBER: N 2 000000000001L
ACCOUNT NAME    : CARMICHAEL, RAYNELL              ACCOUNT TYPE: I
PRIVILEGE GROUP : A
                               TRUST ACCOUNT ACTIVITY

         TRAN
DATE     CODE    DESCRIPTION      COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

03/01/2007       BEGINNING BALANCE                                                   134.11
03/12    FC01    DRAW-FAC 1       3178 M2ND                              35.00        99.11
03/15    W448    DONATION-SQUI    3209FDSALE                             21.50        77.61
04/16    D340    EFT DEPOSIT      3564/J-PAY                50.00                    127.61
05/04    D340    EFT DEPOSIT      3766/J-PAY                10.00                    137.61
05/16    W422    DONATION-ISLA    3902FDSALE                              21.00      116.61
06/06    W415    CASH WITHDRAW    4149CARMIC  187067088                   50.00       66.61
06/11    FC01    DRAW-FAC 1       4239/M2ND                               10.00       56.61
07/17    W515    COPY CHARGE      0219COPY                                 1.20       55.41
08/10    W415    CASH WITHDRAW    0593HOSANA  187068256                    5.00       50.41

                              TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL          TOTAL           CURRENT        HOLDS         TRANSACTIONS
BALANCE        DEPOSITS       WITHDRAWALS     BALANCE        BALANCE       TO BE POSTED

 134.11         60.00          143.70          50.41          0.00           0.00

                                                               CURRENT
                                                               AVAILABLE
                                                               BALANCE

                                                                50.41
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 8-31-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _[signature]_
    TRUST OFFICE