RATNELL CARMICHAEL
D-25366 2 North 1 Lower
CSP, San Quentin
San Quentin, Ca
94964

PLAINTIFF PRO SE



UNITED STATES DISTICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CV 07    5622**

RAYNELL CARMICHAEL

    Plaintiff

vs.

JAMES TILTON et al

    Defendants

Case Number _____
Plaintiff Motion For
The Court To Take
Judicial Notice
Fed Rul Evid. Section
-201-

E-filing

---

    TO THE HONORABLE PRESIDING JUDGE, the plaintiff in the civil matter hereby request this court take Judicial Notice of the documents from the superior Court State Of California County of Marin.

    Evidence Code Section 201 , n 56 provides for this court to take judicial notice of the requested materisls. **CConpocov. Inc. Roll INT"L(2000, CA @ NY) 213  f3d 82 47  fr ser. 3rd  1192**

Respectfully submitted

By *Raynell Carmichael*            Dated 10,30 ,2007
Raynell Carmichael
Plaintiff Pro se                      October 30, 2007

FILED

JUN 1 2 2007

KIM TURNER
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By *[signature]*, Deputy

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF MARIN

| | |
|---|---|
| RAYNELL CARMICHAEL,<br><br>                Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPT. OF CORRECTIONS<br>AND<br>BOARD OF PRISON TERMS, | Case No. SC152878A<br><br>ORDER TO SHOW CAUSE<br>RE: PETITION FOR<br>WRIT OF HABEAS CORPUS |

**TO: RESPONDENT AND THE ATTORNEY GENERAL**

From the April 5, 2007, petition for writ of habeas corpus, filed by San Quentin inmate, Raynell Carmichael, it appears to the court that, if the circumstances are as described in the petition, petitioner may be entitled to the relief requested.

Accordingly, the Attorney General is directed to file a return to Department "G" of this court, within thirty days of the filing of this order, showing why a writ of habeas corpus should not be issued on behalf of petitioner.

Any denial which petitioner may choose to file in response to the Attorney General's return must be filed within thirty (30) days of the filing of the return.

If petitioner desires but cannot afford counsel, such can be appointed upon petitioner's request.

Unless a hearing is required, the matter will be deemed submitted upon receipt of petitioner's denial or after the expiration of thirty (30) days following the receipt of the return from the Attorney General.

///
///

In accordance with California Rules of Court Rule 4.500, the court hereby provides the Attorney General with copies of the original petition for writ of habeas corpus.

Dated: June 12, 2007

_____
KELLY VIEIRA SIMMONS
JUDGE OF THE SUPERIOR COURT

STATE OF CALIFORNIA )
COUNTY OF MARIN     )

IN RE: **RAYNELL CARMICHAEL**

ACTION NO.: **SC152878A**

(PROOF OF SERVICE BY MAIL – 1013A, 2015.5 C.C.P.)

I AM AN EMPLOYEE OF THE SUPERIOR COURT OF MARIN; I AM OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE WITHIN ABOVE-ENTITLED ACTION; MY BUSINESS ADDRESS IS CIVIC CENTER, HALL OF JUSTICE, SAN RAFAEL, CA 94903. ON **June 15, 2007** I SERVED THE WITHIN ***ORDER TO SHOW CAUSE RE: PETITION FOR WRIT OF HABEAS CORPUS*** IN SAID ACTION TO ALL INTERESTED PARTIES, BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON FULLY PREPAID, IN THE UNITED STATES POST OFFICE MAIL BOX AT SAN RAFAEL, CA ADDRESSED AS FOLLOWS:

| | |
|---|---|
| *RAYNELL CARMICHAEL*<br>*CDC #: D-25366*<br>*SAN QUENTIN STATE PRISON*<br>*SAN QUENTIN, CA 94974* | *WARDEN*<br>*SAN QUENTIN STATE PRISON*<br>*SAN QUENTIN, CA 94974* |
| *ATTORNEY GENERAL*<br>*ATTN: ANYA BINSACCA*<br>*CORRECTIONAL LAW SECTION*<br>*455 GOLDEN GATE AVENUE*<br>*12TH FLOOR*<br>*SAN FRANCISCO, CA 94102* | |

*I CERTIFY (OR DECLARE), UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.*

DATE: 6/15/07   [signature]

FILED

AUG 0 6 2007

KIM TURNER
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By: M. Murphy, Deputy

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF MARIN

In re

RAYNELL CARMICHAEL,                )   Case No.: SC152878A
                                   )
              Petitioner,          )   ORDER DENYING PETITION
                                   )   FOR WRIT OF HABEAS
                                   )   CORPUS AND VACATING
On Habeas Corpus                   )   ORDER TO SHOW CAUSE
                                   )
_____)

        Petitioner, an inmate confined at San Quentin State Prison, filed a petition for writ of habeas corpus with this court on April 5, 2007. Petitioner contends that his medical needs are not being met appropriately by the prison officials.

        On June 12, 2007, this court issued and Order to Show Cause, directing the Attorney General's Office to respond to Petitioner's claim(s). The Attorney General's Office submitted authority for the proposition hat the federal Court has asserted authority over the California department of Corrections health care system and that therefore this court does not have jurisdiction to

1 determine the claims made by the Petitioner. (See Attorney
2 General's <u>REQUEST TO VACATE ORDER TO SHOW CAUSE</u>) After reviewing
3 the authorities presented, this court agrees with the Attorney
4 General's position and now vacates the Order to Show Cause issued
5 on June 12, 2007.

6       Accordingly, the April 5, 2007 petition for writ of
7 habeas corpus is denied.

10       Dated: August 6, 2007.

_____
KELLY V. SIMMONS
JUDGE OF THE SUPERIOR COURT

STATE OF CALIFORNIA  )
COUNTY OF MARIN      )

IN RE **RAYNELL CARMICHAEL**

ACTION NO.: *SC152878A*

(PROOF OF SERVICE BY MAIL – 1013A, 2015.5 C.C.P.)

I AM AN EMPLOYEE OF THE SUPERIOR COURT OF MARIN; I AM OVER THE AGE OF EIGHTEEN YEARS AND NOT A PARTY TO THE WITHIN ABOVE-ENTITLED ACTION; MY BUSINESS ADDRESS IS CIVIC CENTER, HALL OF JUSTICE, SAN RAFAEL, CA 94903. ON **August 7, 2007** I SERVED THE WITHIN ***ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS AND VACATING ORDER TO SHOW CAUSE*** IN SAID ACTION TO ALL INTERESTED PARTIES, BY PLACING A TRUE COPY THEREOF ENCLOSED IN A SEALED ENVELOPE WITH POSTAGE THEREON FULLY PREPAID, IN THE UNITED STATES POST OFFICE MAIL BOX AT SAN RAFAEL, CA ADDRESSED AS FOLLOWS:

| *RAYNELL CARMICHAEL*<br>*D-25366*<br>*SAN QUENTIN STATE PRISON*<br>*SAN QUENTIN, CA 94974* | *ATTORNEY GENERAL*<br>*DEPARTMENT OF JUSTICE*<br>*ATTN: ANYA BINSACCA*<br>*CORRECTIONAL LAW SECTION*<br>*455 GOLDEN GATE AVENUE*<br>*12TH FLOOR*<br>*SAN FRANCISCO, CA 94102-7004* |
|---|---|
| *CHARLES S. CARBONE*<br>*CALIFORNIA PRISON FOCUS*<br>*2940 16TH ST, SUITE B5*<br>*SAN FRANCISCO, CA 94103* | *WARDEN*<br>*SAN QUENTIN STATE PRISON*<br>*SAN QUENTIN, CA 94974* |

*I CERTIFY (OR DECLARE), UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.*

DATE: 8/7/07          V. [signature]