1. Raynell Carmichael, D-25366
2. San Quentin State Prison-2N-1-L
   San Quentin, CA. 94974

07 NOV -6 AM 11:00

ORIGINAL FILED

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3. In Propria Persona

5. IN THE UNITED STATES DISTRICT COURY
6. FOR THE NORTHERN DISTRICT OF CALIFORNIA

8. Raynell Carmichael
9.      PLAINTIFF,

CV 07  5622  CW  (PR)

11. VS.                    MOTION FOR TEMPORAY RESTRAING ORDER

13. James E. Tilton, et al.,
14.      DEFENDANTS

E-filing

16. Plaintiff, Raynell Carmichael, pursuant to Rule 65 FRCP, request
17. this court to grant him a temporary restraining and / or preliminary
18. injunction directing defendants Chief Medical Officer-Dr. Rene Kanan
19. MD, Federal Receivership Robert Sillen to have San Quentin Medical
20. staff scheduler to schedual all my Futrue consultation and treatment
21. be done at University of California-Hospital, San Francisco, CA. due
22. to the fact that San Quentin Medical Department and the Federal
23. Receiver is contracting with UCSF-health care specialist all ready.
24. Now due to the fact that. I have a very unusual Medical condition!?
25. I would be best treated at one place where they have all the experts
26. and specialist at UCSF they could all work together as a team in
27. dealing with my Medical condition.

1.

1  I declare under the penalty of perjury that the foregoing is
2  true and correct.

4  Respectfully Submitted this ___30___, day of _October_ 2007,

6  /s/ Raynell Carmichael
7  Raynell Carmichael, D-25366
   San Quentin State Prison-2N-1-L
   San Quentin, CA. 94974

9  In Propria Persona

2.