1  Raynell Carmichael, D-25366
2  San Quentin State Prison-2N-1-L
   San Quentin, CA. 94974
3  In Propria Persona
4
5          IN THE UNITED STATE DISTRICT COURT
6        FOR THE NORTHEN DISTRICT OF CALIFORNIA
7
8  Raynell Carmichael                CV 07  5622
9       PLAINTIFF,
10                                    DECLARATION IN SUPPORT OF PLAINTIFF"S
11      VS.                           MOTION FOR A TEMPORARY RESTRAINING
12                                    ORDER AND PRELIMINARY INJUNCTION
13  James E. Tiltion, et al.,         E-filing
14      DEFENDANTS
15
16     Raynell Carmichael, declares under penalty of perjury;
17
18  1. I am the plaintiff in this case. I make this declaration in
19  support of my motion for a temporary restraining order and a
20  preliminary injunction to ensure that I receive all the necessary
21  medical care.
22
23  2. As set forth in the complaint in this case, it was recommended
24  by an Endocrinologist Dr. Madrilejo MD. on April 26, 2007, that I be
25  seen by an Bone Metabolism Expert, at USC, in sounthen California
26  that is not possible, But it is possible at UCSF-University of
27  california-Hospital-San Francisco, CA.
28

                              1.

1    3. As set forth in the complaint in this case, it was recommended
2    by an Endocrinologist Dr. O'Conner MD. at Doctor's Medical Center,
3    San Pablo campus 2000 Vale Road. San Pablo, CA. 94806. That I be
4    seen by an Rheumatology on May 25, 2007,
5

6    4. As set forth in the complaint in this case, it was recommended
7    again by Dr. O'Connor MD, an Endocrinologist that I be seen by an
8    Rheumatogical due to the fact that I wasn't seen the last time.
9    Now all so he Recommend I be seen by an GI-gastrointestinal on
10   August 24, 2007,
11

12   5. Dr. Madrilejo MD, recommended that I be evaluated at a teriary/
13   university center for my condition. at which time RN-Patrick
14   written her notes, for Dr. david to review the diagnossis and the
15   direction.
16

17   6. Dr. O'Connor MD. wrote my diagnossis and the direction concering
18   my Bone disease. each time I was seen by him. That information was
19   to the escort officers. who brought me to the prison TTA-emergency
20   room to review the Doctor's recommendation and the prescriptions
21   for medication Vitamin D-50,000 IU once a week and Calcium 1500mg
22   a day.
23

24   7. Contrary to Dr. Madriejo MD. and Dr. O'Connell, MD I have not
25   been provided the Medical consultion despite my repeated requests.
26

27   8. On information and belief. I have not been provided and appoint
28   ment by the medical staff scheduler for unkown reasons or giving

2.

1 a low priority to my Medabolic Bone Disease, and just refusing to
2 provide me with adequate medical care from out side the prison unless
3 they feel my medical condition is not life threating. ?
4
5 9. Endocrinologist, Bone or Metabolism experts, orthopedic
6 specialist, Rheumatology specialist, GI-gastrointestinal are not
7 provided at san quentin state Prison; Inmates needing such services
8 must be taken to an outside Hospital.
9
10 10. My neck, spine, Lower Back, Left shoulder & Elbow, spreading to
11 right shoulder, elbow & thumb, Left Hip & pelvis, Left Leg, right
12 knee & Leg, Left knee & ankle, is stiff and painful, I cannot walk
13 along distance without sharp excruciating pain in my Lower Back and
14 Left Leg, I am Mobility Impaired and walk with the aid of a cane.
15
16 11.  I am suffering irreparable harm for over 2½ plus years of
17 Untreated Elevated Alkaline Phosphatase in the form of physical and
18 mental pain and suffering and an increasing spreading of the Metabolic
19 Bone Disease to Multiple sites, for failure to find the Cause. I will
20 never be restored to full Mobility. I am requesting that I be place
21 under a Medical *(Hold*) to allow me to receive all the medically
22 Necessary care at San Quentin and prevent any interruption of my
23 Health Care.
24
25 12. Defendant, Dr. Rene Kanan MD. is the CMO-Cheif Medical Officer
26 at san Quentin stape Prison and is able to Expedite Scheduling
27 medical appointments outside the prison when a Inmate needs
28 specialized treatment or evaluation. the CMO-has full Knowledge of

of my serious medical needs.

13. Defendant, Dr. Rene Kanan MD. is the CMO for San Quentin State prison, and is in charge of transportation of Inmates to outside medical Hospital appointments.

14. The Chief medical officer have the responsibility for providing the plaintiff the necessary recommended medical consultation as well as the ability to arrange it.

15. For the reasons set forth in the memorandum of law filed with this motion, the plaintiff is entitled to a temporary restraining order requiring the defendants to arrange for an examination and a plan of treatment by a qualified specialist at UCSF-Hospital, and to a preliminary injunction requiring the defendants to carry out that plan of treatment with in 30-days. ASAP!!!!!

16. For the foregoing reasons, the court should grant the plaintiffs motion in all respects.

Pursuant to 28 U.S.C.1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted this   30   day of October   ,2007

/s/ *Raynell Carmichael*
Raynell Carmichael, D-25366
San Quentin State Prison-2N-1-L
San Quentin, CA. 94974
In Propria Persona

4.