1  Raynell Carmichael, D-25366
2  San Quentin State Prison-2N-1-L
   San Quentin, CA. 94974

3  In Propria Persona

4

5           IN THE UNITED STATED DISTRICT COUNT

6          FOR THE NORTHEN DISTRICT OF CALIFORNIA

7

8  Raynell Carmichael                    CASE NO:      CV 07    5622

9       PLAINTIFF,                       DECLARATION OF

10                                       RAYNELL CARMICHAEL IN

11      VS.                              SUPPORT OF PLAINTIFF'S

12                                       SERIOUS MEDICAL CONDION

13 James E. Tilton, et al.,

14      DEFENDANTS,                      E-filing

15

16      I., **RAYNELL** CARMICHAEL HEREBY DECLARE AND STATE AS

17 FOLLOWS:

18      1. I am the Plaintiff in this action and have

19 been proceedings as a pro se litigant while confined to

20 state prison. As as such I am readily familiar with the

21 documents that are attached to this declaration and know

22 that they are a true and correct copy of what they puport

23 to be .

24 St    In July of 2003 , I was transferred from Delano

25 State Prison to High Desert State prison.

26      3. While at High Dester State Prison I was treated

27 for a number of serious medical problems as more fully

28 outlined in the attached complaint.

                          1.

1   4.  The medical officials at High Desert state Prison were

2   indifferent to my medical concers specifically informing me that

3   I would have to live with them, as if they were cloting.

4

5   5.  That each and every named defendant from High Desert State Prison

6   sounded deliberate indifference to my serious medical concerns as

7   outlined in paragraph 4 of this declaration and the complaint.

8

9   6.  That based on the medical indicators (Blood Test, and other

10  diagnostic studies that should have alerted medical staff at High

11  Desert Prison that I was ill.

12

13  7.  That while at High Desert state Prison, I sought to exhaust any

14  administrative remedies regarding my inadequaate health care to no

15  avail.

16

17  8.  In june of 2005, I was again transferred to san Quentin State

18  Prison where medical officials continued to treat my medical problems

19  in the same vein as High desert State Prison Officials.

20

21  9.  As more fully outlined in my attached complaint, I once again

22  sought to pursue my administrative remidies regarding my health care

23  treatment, much to no avail, and at times having to seek judicial

24  review of no action by san Quentin Prison officials.

25

26  10.  That my efforts to obtain adequate medical care and treatment

27  are outlined in the numerous letters request slips and legal

28  pleadings attached hereto.

1   11. In August 29,2006, I was seen by Dr. Zalpun who even though she

2   was aware of my condition and had reviewed the pertinent information

3   in my medical files, refused to provide the appropriate care., as

4   more fully detailed in the attached complaint.

5

6   12. I was subsequently provided medications and vitamins in excess

7   of what was need for my condition. this over medicated period was

8   while I was under the care of defendant David in san Quentin.

9

10  13. Based on being gtossly overmedicated my system developed toxicity

11  concerns, thus causing additional medical concerns.

12

13  14. I was subsequently hospitalized in unstable condition after San

14  Quentin Medical officials continued to obstruct and delay appropriate

15  medical care and treatment, even after and attorney contacted the

16  Chief Medical Officer and the Federal Receriver.

17

18  15. My medical files at San Quentin reflect other doctors recommend

19  ing additional medical exams and treatments which still have not

20  been provided to me.

21

22  Pursuant to 28 U.S.C. Section 1746. I declare under penalty of

23  perjury that the above is true and correct.

24

25      Respectfully Submitted this   30   day of October     2007,

26

27  /s/ Raynell Carmichael

28      Raynell Carmichael, D-25366
        San Quentin State Prison-2N-1-L
        San Quentin, CA. 94974      3.
        In Propria Persona





### Centennial Medical Group

## ENDOCRINE OFFICE VISIT

**Carmichael, Raynell**
**56 Y/O**
**04-26-2007**

**Complaints:** follow-up for elevation of serum alkaline phosphatase

**Review of Systems:** laboratory testing done; denies headache but has L hip pain

Allergies: None Recorded

Medications:

| Name | Sig | Date Pre | Date Ref | Date Fin |
|------|-----|----------|----------|----------|
| Ms Contin Tablet 30mg | qd | 04-26-2007 | | 06-18-2021 |
| Carvedilol Tablets 6.25mg | 12.5 mg bid | 04-26-2007 | | 06-18-2021 |
| Tylenol With Codeine No 4 Tablet 300;60mg | 2 pm | 04-26-2007 | | 06-18-2021 |
| Hydrochlorothiazide 25mg | qd | 03-01-2007 | | 04-23-2021 |
| Methocarbamol 750mg | 1 bid | 03-01-2007 | | 04-23-2021 |
| Naproxen 500mg | 1 bid | 03-01-2007 | | 04-23-2021 |
| Omeprazole Capsules 20mg | q am | 03-01-2007 | | 04-23-2021 |
| Lisinopril Tablets 20mg | q am | 03-01-2007 | | 04-23-2021 |
| Vitamin D Capsules 1.25mg | 2 qd | 03-01-2007 | | 04-23-2021 |
| Amitriptyline 25mg | q pm | 03-01-2007 | | 04-23-2021 |
| Lipitor Tablets 20mg | 4 qd | 03-01-2007 | | 04-23-2021 |

Problem List:

| ICD | Description | Comment | Date |
|-----|-------------|---------|------|
| 268.0 | Rickets Active | | 03-01-2007 |
| 268.2 | Osteomalacia Unspecified | | 03-01-2007 |

Vital Signs: HR 60. Blood pressure 140/88

**Physical Exam:** obese

**Laboratory Data:** serum Vitamin D levels are normal; alkaline phosphatase 275

**Assessment:** Persistent elevation of serum alkaline phosphatase, etiology unclear. X-rays of hip not suggestive of Paget's disease.

**Plan:** I recommend that the patient be evaluated at a tertiary/university center for his condition. I suggest being seen by a bone metabolism expert (e.g., Robert Rude, MD at USC) for further evaluation. I do not have anything further to offer at this time.

**Follow Up:** None

Nelson Madrilejo, MD

RFS received and faxed to Sacto. Appointment pending. Appointment made for 4/26/07. Pt seen as sched. on 4/26/07. Dr. Madrillejo stated that Mr. Carmichael's endocrine status is not the problem. Dr. recommends pt. to see a bone or metabolism specialist. Dr. also stated there is a Dr. Robert Rude(sp?) @ USC that might be able to help this pt..Final dictated report from Dr. Madrillejo to follow. No follow up needed in tele-endo.

OK

Cancel

Font...

Mr. Carmichael     2NIL
D 25366

# Outpatient Clinic Notes

CDC# D25366

0714500042  DO1133350  PRO
CARMICHAEL, RAYNELL
O'CONNOR, MICHAEL D L
O'CONNOR, MICH  WILLIAMS
DOB 04/17/1951 56Y              M

**Doctors Medical Center**
2000 Vale Rd
San Pablo, California 94806

**Visit Date:** 5/25/07  **Allergies:** NKA

**Height:** 6'0  **Weight:** 295#  **BP:** 136/83  **HR:** 62  **RR:** 18  **T:** 98²
B Lautepomu

**Chief Complaint:** Vit D. Defic.

**Procedures:** c/o Pain in multiple Joints
H× Osteomalacia + OA
Current Vit D level is high,
but Tot Ca + PTH are wnl
Current pain prob mostly due to OA

**Consultants:** _____

_____

_____

**Summary:** 56 yo AA ♂ with Hx of Osteomalacia
+ OA with Pain in multiple Jt.s
Vit D levels now high
Pain prob appears to be OA.
↑ Alk Phos prob due to OA.

**Discharge Plan/Follow up appointments:** (1) No change in Meds
(2) Tx OA as Appropriate
(3) F/u 3 Mos, Labs pro

**New Medications:** _____

_____

_____

**MD Signature:** _____  **Date:** 5-25-07  **Time:** 9 Am

**DOCTORS MEDICAL CENTER** SAN PABLO / PINOLE
2000 Vale Road
San Pablo, CA 94806

## PROGRESS NOTES

Carmichael, Raynell
CDC# D 25366

0714500042  D01133350    PRO
CARMICHAEL, RAYNELL
O'CONNOR, MICHAEL D L
O'CONNOR, MICH  WILLIAMS
                                    M

| DATE / TIME | NOTE PROGRESS OF PATIENT, COMPLICATIONS, CONSULTATION, CHANGE IN DIAGNOSIS, CONDITION ON DISCHARGE AND INSTRUCTION TO PATIENT |
|---|---|
| 5-25-07 | Cont'd |
| | P— ① Need fractionation of Alk phos — this may have been done in 5/07 labs — which we will obtained. |
| | ② Cont. Tx of Osteo— arthritis as appropriate. |
| | ③ F/u 3 mos. labs prior |
| | ④ Probably would benefit from a Rheumatology consult. |

## Outpatient Clinic Notes

Doctors Medical Center
2000 Vale Rd
San Pablo, California 94806

CDC# D 25366
072360005 001333330 OP
CARMICHAEL,RAYNELL
O'CONNOR,MICHAEL D L
O'CONNOR,MICH WILLIAMS
DOB 06/17/1931 SEX M

Visit Date: 8/24/07  Allergies: NKA

Height: 6.11  Weight: 300#  BP: 142/78  HR: 69  RR: 20  T: 98.7

B Littlejohn MD

Chief Complaint: Bone disease

Procedures: 56 y/o AA OV with a Hx of Osteo malacia
He is currently not on oral Vitamin D.
He is lactose intolerant and is not
on oral calcium. C/O Bone Ache

Consultants: O — SBP c/w BH
Labs — Ca 7.25(?), Alk phos = 305,
Bone Pso = 224, TPTD = 9.5,
A — ① Vit D levels dropping rapidly
② Not on oral Vit D or Ca

Summary: ③ Elev. in Alk phos is from bone.
P — ① Start Ergocalciferol
50,000 IU orally one each week
② Start Oral Calcium 1000 to
1500 mg orally per day.

Discharge Plan/Follow up appointments: ③ F/u 2 mos, labs prn
to include: 25 Hy doxy Vit D, Ca, comprehensive metabolic
panel, PTH ④ Gastroenterology and Rheumatology Consults.

New Medications: New labs to include Rheumatoid factor, ...

MD Signature: _____  Date: 8-24-07  Time: _____

DOCTORS MEDICAL CENTER
San Pablo Campus 2000 Vale Road. San Pablo, CA 94806
PT: CARMICHAEL, RAYNELL    DOB: 04/17/1951
ADM: 08/24/2007
ACCT: 000723600057  MR#: 000001133350  ROOM:
Michael O`Connor, MD*  200708250097092600
AUTH ID: 2670

CONSULTATION

REASON FOR CONSULTATION:
I saw this patient on 08/24/07 on a followup endocrine consult
for osteomalacia.

HISTORY OF PRESENT ILLNESS:
The patient is a 56-year-old African American male who had been
previously diagnosed for osteomalacia.  His current symptoms
included pain in the neck, left shoulder, and back.  He stated he
was taking 50,000 units of vitamin D by mouth each mouth, but
there is no oral vitamin D listed on his medical list of
08/17/07.  He does get occasional muscle cramps.  He stated that
he was no taking no oral calcium and he is lactose intolerant.

OBJECTIVE:
VITAL SIGNS:  Showed a blood pressure of 147/78, heart rate 69,
respirations 20, temperature 98.7, weight 300 pounds, and height
6 feet 1 inch.
HEENT EXAM:  Was within normal limits.
CHEST:  Clear.
HEART:  Sounds 1+, 2+ and no added sounds.  Regular rate and
rhythm.
ABDOMEN:  Soft and nontender.  Bowel sounds are positive.
EXTREMITIES:  Grossly within grossly limits.
NEUROLOGICALLY:  Grossly within normal limits.

LABORATORY DATA:
Laboratory results on 07/25/07 show a 25-hydroxyvitamin D of 68,
alkaline phosphatase of 305, bone isoenzyme for alkaline
phosphatase 224, and total calcium 9.8.

ASSESSMENT:
1.  Vitamin D levels have dropped rapidly of vitamin D which I
believe in to be.
2.  His low oral calcium intake.  He apparently has a low oral
calcium intake.
3.  Elevated alkaline phosphatase is primarily coming from bone.

PLAN:
The plan is to start ergocalciferol 50,000 IU orally one p.o.

PRINTED BY: PAULA.HOWARD        DATE    8/28/2007

DOCTORS MEDICAL CENTER

San Pablo Campus 2000 Vale Road. San Pablo, CA 94806
PT: CARMICHAEL, RAYNELL    DOB: 04/17/1951
ADM: 08/24/2007
ACCT: 000723600057  MR#: 000001133350
Michael O'Connor, MD*
AUTH ID: 2670

CONSULTATION


each week and to start oral calcium 1000 to 1500 mg daily and to
follow up in 2 months with laboratories prior.  I also
recommended a GI and a rheumatological consult.  The reason for
the GI consult is to assess whether he might have a
gastrointestinal problem that could affect his absorption of
calcium and vitamin D and the rheumatological consult is to
assess him for other causes of arthritis and pain.


MO: Spheris26712
D: 08/24/07 17:23 T: 08/25/07 08:09 DOCUMENT: 200708250097092600


Michael O'Connor, MD*

**DISCHARGE DIAGNOSIS:** _Acute Renal Failure, low back pain, Anemia_

| | |
|---|---|
| **ACTIVITY** | ☒ No Restrictions OR _____ <br> _____ <br> ☑ Shower OK |
| **DIET** | ☒ No Restrictions OR _____ |
| **DISCHARGE/ HOME CARE** | Home Care / Discharge Plans are: _____ <br> ☐ Sutter Visiting Nurses Association 492-4600 _____ <br> ☐ Other Home Care agency _____ <br> Outpatient Lab tests: _____ ☐ Labs by Home Nurse <br> Fax/send results to: _____ |

Additional home instructions (pamphlets, instruction sheets etc.):
☐ Recovery Guide (diagnosis specific folder)     ☐ Other _____
☐ Care Notes handout specific to diagnosis or medications _____

**CHF Patients – For Congestive Heart Failure Patients:**
• Weigh yourself at the same time every day. Keep a record of your weight to show your doctor.
• Call your doctor if symptoms worsen such as:
  • Weight gain of 3 or more pounds in 2 days   • Increasing swelling in the legs or abdomen
  • Increasing shortness of breath, wheezing at night, faster heart beat or chest pain

| **Smoking Information:** | If you smoke, there are resources to help you quit. Call 1-800-NO-BUTTS or ask your Nurse or Doctor for information about how you can stop smoking. |
|---|---|

**Ask your Doctor about flu and pneumonia vaccinations**   _flu Dr Michael O'Connell (endocrine)_

**Call for your next Appointment in** _____ **weeks/days with:**
DR. _____ Phone: _____ Address: _+ Suggest Rheum Consult_

**Call for your next Appointment in** _____ **weeks/days with:**
DR. _____ Phone: _____ Address: _+ suggest MRI - open MRI_

**Appointments made for you before discharge:**
DR. _____ Date_____ Time:_____ Location: _____
DR. _____ Date_____ Time:_____ Location: _____

Other information/Symptoms to report to MD: _____
_Need follow-up labs, follow-up endocrine/Rheum_

**Be sure to call your doctor if anything unusual occurs, or for any questions you may have.**

IF Limited English Proficiency:                    ☐ Patient Preferred Translator used
☐ Language Line used                                  Name: _____
☐ **Certified** Translator used                      Relationship: _____
   Name: _____
   #: _____

I certify that I understand these instructions and have received a copy thereof.

_Raynell Carmichael_          _10/13/2007_       _D Cole_                _10/16/07_
Patient/Other Signature       Date               Physician Signature       Date

Discharge Date: _10 / 13 07_  Time: _1500_      _Wood RN_
                                                MGH Staff Signature and Title

31256 (Rev. 5/1/06)

✚ *Marin General Hospital*
A Sutter Health Affiliate

250 Bon Air Road
Greenbrae, CA 94904
(415) 925-7000

**Discharge Instruction Sheet**

| 00905754545          02-19-82-52 |
|---|
| CDCD25366CARMICHAEL. RAYNEL |
| DOB: 4/17/51   56y   M      ADT: 10/5/07 |
| ADM:   HOSPITALIST MGH, PROG MED |
| ATT:   HOSPITALIST MGH, PROG  1/1 |

IDWRITE

REC. NO.

STAT [X]

MARIN GENERAL HOSPITAL

250 BON AIR RD        GREENBRAE, CA 94904

(415) 925-7000

October 10, 2007  09:22                                          Page: 3 of 3

=====================================================================================

CDCD25366CARMICHAEL, RAYNELL R                Address: 100 MAIN DR
Acct:  905754545                                       SAN QUENTIN, CA 94964
Allergies: METHADONE

=====================================================================================

# PRESCRIPTIONS - FOR OUTSIDE PHARMACY/FACILITY USE ONLY
## PRN AND ADDITIONAL MEDICATIONS

| Name / Strength | Dose | Route | Frequency | Disp. # | Refills |
|---|---|---|---|---|---|

Mag oXide 400 Mg Po bid × 7 days

Omeprazole 20 mg Po Daily

Vitamin D + Calcium on Hold for now

HCTz on Hold, _____ on Hold

Lisinopril 5 mg po Daily

Lipitor on hold, need to re check Serum CPK

+ when normal Can re challenge

No More Nalfexen or Ibufrate

**PLEASE NOTE:** Pharmacies will not accept the original of this prescription for
Controlled Substances such as Vicodin, Ambien or Valium.

Date: ___10/10___      **MUST WRITE** # of Prescriptions to be filled above = 0

MD Sign: _____      MD Print: _____      CA Lic: _____

Fax to: _____      Office Phone: _____      DEA#: _____

Scan to MGH Pharmacy; Copy to chart & facility;

Fax to patient pharmacy if asked & then stamp FAXED on Original; Original to Patient

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTIO

| DATE 8-9-2007 | TO CMO-Chief Medical Officer Dr. Rene Kanan, MD. | FROM (LAST NAME) Carmichael, Raynell | | CDC NUMBER D-25366 |
|---|---|---|---|---|
| HOUSING 2N1-L | BED NUMBER 2N1-L | WORK ASSIGNMENT U/A | JOB NUMBER FROM _ _ _ _ TO _ _ _ _ | |
| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | U/A | ASSIGNMENT HOURS FROM _ _ _ _ _ TO _ _ _ _ | |

### Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

<u>HELP!!!-HELP!!!-HELP!!!-RIGHT NOW!!!</u>, I am writing in regards to my serious medical conditions that I have. That I continue to still experience into NOT finding the real cause as the Elevated Alkaline phosphatase, 305-Out of Range, reference Range 40-115, Alkains Phos ISO-295-Out of Range -Reference

INTERVIEWED BY ⟦Do not write below this line. If more space is required, write on back.⟧

DISPOSITION                                                                                    DATE

Range 41-130, Intestine ISO 15-14 or Less, Bone ISO 224, Out of Range, Reference Range 12-84, This along with the Vitamin D-deficiency which is still a problem with No sure answer as to <u>WHY!</u> or the <u>CAUSE!</u>. Let me explain some things that has taken place which I believe you all ready have full knowledge of. It was determinen that I do have a Vitamin D-deficiency with only 8-IU total with in my body. I was started on taking 50,000 IU 2 x a day=100,000 a day, After being sick I started to self Educated my self about my diagnosis the medical test, and treatment plan I gather information from the library medical books, and from respected internet sites, and then finding out the over load of Vit D-Causes <u>TOXICITY</u>. I was over loaded with 67,000 to 50,000 IU a day. I Inform Dr. david of this and once she did her investigation she then Inform me to decrease my Vit D from 100,00IU a day to 50,00 IU. once a week. after the Vit D levels reach up to 2008 IU-over 108 IU over the Reference Range . It started droping from 208-88 IU, 88-68 IU, it has drop 20-points On April 25, 2007, Dr. Madrilego recommended that I be seen by a Bone and Metabolism specialise Expert. <u>NOW!</u> For some Unknow reason, I was seen by another Endocrinologist. Dr. O'Connell on May 25, 2007, which recommended that I be Evaluated by an <u>Rheumatology</u> as of AUGUST 9, 2007, over 90-days, and I have still have not been seen <u>WHY!</u> It was suggested I be seen at UCSF. It's my understanding that I have 3-Type of Bones Diseases(1) Superimposed Osteoarthritis a Rampant degenerative Joint Disease. (2) Osteomalacia soft Bones, (3) Osteopenia Brittle Bones, Now due to the <u>FACT</u> that <u>UCSF</u> were the Doctor's who descoverd the Elevated Alkaline phosphatase <u>Untreated</u> for over

2½-years why not send me back there? for the follow up treatment.Dr. Rene Kanan, MD. Chief Medical Officer. I have stated my dissatisfaction in the past and the present due to the Fact of the continues delays denial and obstructions in not finding the root cause of my elevated Alkaline phosphatase and the root cause of the unblance Vitamin D, How are you as well as Dr.David going to be able to determinen the cause and why my body is not absorbing the Vit D ? from my food, Why hasn't Blood Test been requested to see are there other vitamins deficiency.etc. That are not absording ? <u>WHY!</u> Next, I am asking you CMO-Dr. R. Kanan MD. the same? which I've asked CMO-Dr. K. Saylor, MD. which said that this type of Bone disease are not life treatening? meaning the sooner the treatment has started. the better the out come in avoiding <u>PERMANET DAMAGE</u> all so meaning irreversible damage. The latest is that I have been experiencing being tired , a sick feeling and feverish that has manifested in my whole body, Lower Back, Left shoulder blade, Elbow, Neck, it is spreading in my right shoulder, Elbow, Right Thumb, right knee, at times it is hard to differeniate if my pain is from my bones or muscles. It has been difficulty siting down or standing up from a chair, getting in and out of bed and even shifting around in bed from side to side etc. I can remember these same feeling when I was at High Desert, But I was told it was only Arthritis, I have learn it is more than arthritis, This is what I am feeling now. I can tell that these bone diseas are progressess spreading quickly in to my Right shoulder, elbow, right thumb, if these bones diseas has no CURE, Give me some thing to slow the spreading to other bones. Like Nutritional Supplements <u>"Glucosamine & Chondroitin Sulfate"</u> Vitamins D, C, E, & Beta Carotene. Joint Lubrication-SYNVISCO.COM. It has been over a Year July 7,06, since I had my Last CT-Bone Scan. I am requesting another total Body CT-Bone Scan to determinen how much more these Diseas has spreaded to other Bone parts with in my Body as well as an MRI. Now along with these matters are other Issues that I want to address follows.

<u>URGENT ISSUE:</u> CMO-Dr. Rene Kanan.MD. Please take Notice of this on going situation of your medical staff, that continues Nonperformanceand failure in wearing gloves in dispensing medication to Inmate patients that are under the Doctor's care. these health professionals all should know Washing hands and wearing Gloves is the most inportant way to prevent the spread of infections & Voruses when administering medication or treatment, Every one that doesn't comply to these guidelines are disrespecting, dehumanizing and demoralizing each Inmate patients. This is unacceptable in health facility on the street it should be the same here. This is a issue that you can and should address with the <u>URGENCY</u> as you can see the "ATTACH COMPLAINT" dated April 17, 2007, The medical staff that do wear gloves do the same things as not wearing gloves. They Touch every thing in sight and put the medication

Carmichael, Raynell-D-25366-2N1-1    Date: AUGUST 9, 2007

in a cup or in your hand, and expect for the patient to put it in there mouth and then open it, so that they can see if you have taken it. I am told that is the rule. what is the PROTOCAL!!!??? as to medical staff in dispensing medication.

COMPLAINT ISSUE: Copies of medical Records in a timely manner "SEE ATTACH Inmate Appeal" I need my medical Records to review due to the FACT & Present. in adequate medical care that was provided was an deliberate indifference to my serious medical needs, by Physician unprofessional conduct misdiagnosis acts of gross negligence, substandard medical care, delays in treatment, etc. Now For these Very reason to self Educate my self about my diagnosis, the medical test I am undergoing, and treatment plan. I gather information about my condition and I pay close attention to the care I am receiving making sure I am getting the right treatments & medications.

COMPLAINT ISSUE: Unable to read Doctor's Names "See Attach Letter" and there reply you are inthe same person. I believe you know it is hard as well as unable to read Doctor's hand writing. I am requesting that you personally provide me all there Doctor's Lic#.

**Charles F.A. Carbone, Esq.**
*Attorney*

---

August 14, 2007

Sent via U.S. Mail.:

Dr. Rene Kanan, M.D.
Chief Medical Officer
SQSP
San Quentin, CA 94974

           **Re:   Unmet Medical Needs of I/M Carmichael (D-25366)**

Dear Dr. Kanan:

         On behalf of the above-referenced inmate and client of mine, I write to
respectfully request that you or your medical staff inquire on the inmate's medical needs.
In short, inmate Carmichael was recommended for a consultation with the bone
metabolism physician since April 26, 2007, and unfortunately no such medical care has
been provided to date. He was further ordered to see a Rheumatology specialist since
May 25, 2007, and no such referral has occurred. Moreover, inmate Carmichael's
medical condition continues to worsen. I've enclosed a copy of his medical lab tests so
that you can readily identify the needs of this inmate.

         Please ensure that inmate Carmichael's medical needs are immediately cared for
and met. His case is quite deserving of medical attention.

         Please do not hesitate to contact me with any questions or concerns, and thank
you in advance for your attention to this matter.

Sincerely,

Charles Carbone, Esq.

CC:
Robert Sillen, Federal Receiver's Office.

3128 16th Street
PMB 212
San Francisco, CA 94103
Phone: 415-981-9773 or 415-531-1980

Fax: 415- 981-9774
E- mail: charles@charlescarbone.com
Website: www.charlescarbone.com or www.prisonerattorney.com

Quest Diagnostics
967 Mabury Road
San Jose, CA 95133
(408) 975-1000
1 (800) 288-8008

3714 Northgate Blvd.
Sacramento, CA 95834
1 (916) 927-9900
1 (800) 952-5691

Patient Name: CARMICHAEL, RAYNELL
50, 04/17/1951
/DOB: M       NON-FASTING
CHART #: D2536C
LOCATION: 2N/L

Client: CALIFORNIA STATE PRISON

1 SAN QUENTIN
SAN QUENTIN, CA   94964

DAVID,
415-454-1400 X5531

Accession No. SOG944914
Collected: 07/25/07  09:45
             07/25/07  19:15
Received:  07/29/07  06:02
Reported:
Re-reported:  FINAL       1
Report Status:           Page:

| Requisition #: 191980 | In Range | Out of Range | | Reference | Units | PS |
|---|---|---|---|---|---|---|
| **COMPREHENSIVE METABOLIC PANEL** | | | | | | |
| COMPREHENSIVE METABOLIC PANEL | | | | | | |
| SODIUM, SERUM | 139 | | | 135-146 | mmol/L | SC |
| POTASSIUM, SERUM | 4.3 | | | 3.5-5.3 | mmol/L | SC |
| CHLORIDE, SERUM | 101 | | | 98-110 | mmol/L | SC |
| CARBON DIOXIDE (CO2) | 20 | | | 18-28 | mmol/L | SC |
| UREA NITROGEN, BLOOD (BUN) | 14 | | | 7-25 | mg/dL | SC |
| CREATININE, SERUM | 1.2 | | | 0.5-1.3 | mg/dL | SC |
| eGFR | >60 | | | SEE BELOW | | SC |

REFERENCE RANGE:        = 60 ml/min/1.73m2

| | | | | | | |
|---|---|---|---|---|---|---|
| IF PATIENT IS AFRICAN AMERICAN, MULTIPLY REPORTED RESULT BY 1.21. | | | | | | |
| GLUCOSE | 93 | | | 65-99 | mg/dL | SC |
| CALCIUM, SERUM | 9.8 | | | 8.6-10.2 | mg/dL | SC |
| TOTAL PROTEIN | 7.6 | | | 6.2-8.3 | g/dL | SC |
| ALBUMIN | 4.3 | | | 3.6-5.1 | g/dL | SC |
| GLOBULIN, TOTAL | 3.3 | | | 2.1-3.7 | g/dL | SC |
| A/G RATIO | 1.3 | | | 1.0-2.1 | ratio | SC |
| AST (SGOT) | 20 | | | 10-35 | U/L | SC |
| BILIRUBIN, TOTAL | 0.4 | | | 0.2-1.2 | mg/dL | SC |
| ALT (SGPT) | 25 | | | 9-60 | U/L | SC |
| ALKALINE PHOSPHATASE | | 305 | H | 40-115 | U/L | SC |
| **ALKALINE PHOSPHATASE ISOENZYMES** | | | | | | |
| ALKALINE PHOS ISO | | 292 | H | 41-130 | IU/L | NI |
| INTESTINE ISO | | 15 | H | 14 OR LESS | IU/L | NI |
| PLACENTAL ISO | 0 | | | UNDETECTABLE | IU/L | NI |
| BONE ISO | | 224 | H | 12-84 | IU/L | NI |
| LIVER ISO | 53 | | | 13-92 | IU/L | NI |

Increased intestinal alkaline phosphatase can be seen in blood group O
and B secretors and after fatty meals.

| | | | | | | |
|---|---|---|---|---|---|---|
| **VITAMIN D, 25-HYDROXY, LCMSMS** | | | | | | |
| VITAMIN D 25, TOTAL | 68 | | | 20-100 | ng/mL | NI |
| VITAMIN D 25, D3 | 4 | | | | ng/mL | NI |
| VITAMIN D 25, D2 | 64 | | | | ng/mL | NI |

25-OHD3 indicates both endogenous production and supplementation.
25-OHD2 is an indicator of exogenous sources such as diet or
supplementation. Therapy is based on measurement of Total 25-OHD, with
levels <20 ng/mL indicative of Vitamin D deficiency while levels
between 20 ng/mL and 30 ng/mL suggest insufficiency. Optimal levels
are >30 ng/mL.

| | | | | | | |
|---|---|---|---|---|---|---|
| **TSH (3RD GENERATION)** | | | | | | |
| TSH (HIGH SENSITIVITY) | 1.19 | | | 0.40-5.50 | mIU/L | SC |

REPORT CONTINUED ON NEXT PAGE / LEGEND ON LAST PAGE

191980   CARMICHAEL, RAYNELL



**PRISON LAW OFFICE**
General Delivery, San Quentin, CA 94964-0001
Telephone (415) 457-9144 • Fax (415) 457-9151
www.prisonlaw.com

*Director:*
Donald Specter

*Staff Attorneys:*
Susan Christian
Steven Fama
Brittany Glidden
Penny Godbold
Megan Hagler
Alison Hardy
Millard Murphy
Sara Norman
Keith Wattley

## MEMORANDUM

**To:**    Jon Wolff, Supervising Deputy Attorney General
**From:**   Alison Hardy/SW
**Date:**   8/16/2006
**Re:**    *Plata* 4 – Individual Inmate Possible Urgent Medical Concern – Request for Review

---

Raynell Carmichael, D-25366          SQ          Region 2

---

Mr. Carmichael may have an urgent medical concern. Mr. Carmichael writes that he suffers from multiple myeloma. He writes that this finding came about due to high levels of alkaline phosphates, which he has had since 2004. He writes that PA Scott told him that the cancer has spread to other parts of his body. Mr. Carmichael also writes that PA Scott tried on at least two occasions to schedule an appointment with an oncologist, but was unsuccessful.

Please respond to the following:

1. Has Mr. Carmichael been scheduled for an appointment with an oncologist? Please explain.

2. What is Mr. Carmichael's current treatment plan?

Board of Directors
Marshal Krause, President • Michele WalkinHawk, Vice President
Honorable John Burton • Penelope Cooper • Felecia Gaston • Christine Hipps • Margaret Johns
Cesar Lagleva • Laura Magnani • Michael Marcum • Ruth Morgan • Dennis Roberts





MUSCULOSKELETAL SYSTEM

## (STRUCTURE) THE BODY'S SKELETON

The adult human skeleton is a bony framework that supports the body and gives it shape. It also protects the internal organs and anchors the body's muscles. The skeleton is composed of 206 bones and is divided into two parts. The axial skeleton — the skull, spine, and rib cage — consists of 80 bones and protects the brain, spinal cord, heart, and lungs. The appendicular skeleton has 126 bones and consists of the bones of the limbs, the collarbones, the shoulder blades, and the bones of the pelvis.



**View of the skull from below**
The skull has several holes through which vital structures connect with the brain. The spinal cord passes through the foramen magnum, the largest hole. The carotid arteries pass through smaller, paired holes to supply blood to the brain.

**Structure of a long bone**
A long bone, such as the femur, has a marrow-filled cavity surrounded by spongy bone. The next layer is denser, compact bone. Covering the outer surface is a membrane (periosteum) which contains nerves and a network of blood vessels.

**Mature bone cell**
This highly magnified view shows a mature bone cell called an osteocyte. Such cells are found in compact bone, trapped in spaces called lacunae. Osteocytes are responsible for laying down calcium to maintain bone strength.

363

9835 77

**Correctional Medicine Consultation Network**
**Department of Family and Community Medicine**
**University of California, San Francisco**

Carmichael, Ray   D25366
8/29/06

55 year old man with HTN, hyperlipidemia, obesity, DJD, elevated alkaline phosphatase for 2 ½ years, currently undergoing workup to rule out multiple myeloma or metastatic disease.  To summarize patient's course, he was initially noted to have elevated alkaline phosphatase in February 2004 with a normal GGT in 4/2004. No further workup was done on this until 4/06 when alkaline phosphatase isoenzymes revealed an isolated elevated bone isoenzyme.  At that time Mr. Carmichael was complaining of back pain and BRBPR. Given a family history of colon cancer, he was scheduled for colonoscopy and CT chest/abdomen/pelvis to rule out metastatic disease.  Colonoscopy was negative except for 2 polyps which were biopsied , pathology report pending.  On 6/8/06, CT chest and abdomen were negative. CT pelvis showed mottled lesion in L femoral neck and sacrum which "could be due to osteopenia, multiple myeloma, and/or metastatic disease".  At that time a SPEP/UPEP and bone scan were ordered.  Labs from 6/27/06 showed UPEP negative. SPEP showed barely elevated alpha 2 globulin at 1.0 gm/dL (upper limit of normal is 0.9).  Total protein is normal at 7.4.  Bone scan on 7/7/06 showed diffuse uptake consistent with possible infiltrative disease in multiple sites.  Of note, Mr. Carmichael has normal hematocrit, creatinine, PSA, and CEA.  PTH (intact) is elevated at 84 with a normal calcium of 9.7.

Assessment :

In summary, Mr. Carmichael's lab and imaging abnormalities are more consistent with metabolic bone disease possibly due to a vitamin D deficiency or less likely a parathyroid abnormality. There is no evidence of multiple myeloma as globulin spikes in multiple myeloma are generally in the range of > 3 g/dl. Mr. Carmichael's case was discussed with Dr. Kaur, oncology, who felt there was no need for further workup of malignancy or bone marrow biopsy as metastatic disease is very unlikely since he has completed age appropriate cancer screening all of which has been negative, in addition to negative CT scans of the chest/abdomen/pelvis.

Plan:

We recommend checking a 25-hydroxyvitamin D (calcidiol) level and phosphorous level to rule out vitamin D deficiency, the most common cause of osteomalacia . If his phosphate and calcidiol levels are low, he will need to be treated for vitamin D deficiency.  If vitamin D deficiency is present, Mr. Carmichael will likely require aggressive replacement depending on his degree of deficiency, consider an Endocrine consultation for specific recommendations if necessary.  If these are normal, the next step would be to recheck a calcium level and consider an Endocrine consultation with a possible nuclear medicine evaluation of parathyroids to rule out parathyroid adenoma.

RECEIVED THIS ON 9-13-06

- If all the above work up for parathyroid/vitamin D disease is negative, would then re-consider an oncology consult for bone marrow biopsy to aid in diagnosis.
- Since Mr. Carmichael's symptoms are likely all due to DJD with possible superimposed bone disease, it is expected that he would experience considerable pain. Upon discussion with Mr. Carmichael, he is experiencing significant discomfort, therefore we recommend more aggressive pain control along with diet and weight loss counseling.
- In terms of his hypercholesterolemia, Mr. Carmichael is inadequately controlled with a most recent total cholesterol in February 2006 of 266. We recommend increasing his dose of atorvastatin.
- Also, Mr. Carmichael should have a repeat SPEP/UPEP in 1-2 years to monitor for progression to MGUS.

Feel free to contact us with any questions,

Liz Suiter, MD UCSF Primary Care Internal Medicine Resident, R3
Shira Shavit, MD UCSF Assistant Clinical Professor Dept. Family Medicine

STATE OF CALIFORNIA

*COPY*

# Inmate Request for Interview

DEPARTMENT OF CORRECTIONS

To: CMO-Dr. Karen Saylor                                Date: November 27, 2006

From: Carmichael, Raynell          D-25366          2N-01-L          2N-01-L
          (Last Name)                (Number)        (Housing)        (Bed Number)

Work Assignment ........ U/A ........ Job Hours ................................ to ................

Other Assignment ........ U/A ........ From ................................ to ................
                    (School, therapy, etc.)

Kindly explain in detail your reason for requesting this interview. You will be called in for interview in the near future if the matter cannot be handled by correspondence. Unless your problem is stated clearly, this form will be returned.

First, I am writing in regards to Dr. Liz suiter, Dr. Shira Shavit, M.D. each from University

of California-Hospital, San Francisco , "Consultant" for CDCR-San Quentin State Prison

Correctional Medicine Network, Department of family and Community Medicine. dated August 29,06

---

(Do NOT write below this line. If more space is required, write on back.)

Interviewed By: ................................................................................................ Date: ................

Disposition: ................................................................................................

................................................................................................

GA-22 (6-88) Which a copy was given to you, one place in my medical file. I didn't received my copy
untill september 13,2006, with in this letter there is a <u>Plan and Recommendation</u>. I have
been denied that treatment plan. It is noted that Alkaline Phosphatase have been and continue
to be elevated for over 2 1/2 years. on August 29, 06, I was seen by <u>Dr. Zalpuri</u> who read the
letter by Dr. shavit as well as being in formed a lined of time about my medical condition.
she had full Knowledgal, But she only order a Blood Test for my CHOLESTEROL No Blood Test for
Vitamin-D-or-Calcium levels for <u>Deficiency</u>. On september 27,06, I was seen by <u>Practitioner</u>
<u>ERICKSON</u>, Who all so read the letter dated August 29, 06, I was denied and refuse the Plan
and Recommendation stated with in the letter. I was given indequate medical treatment for my
CHOLESTEROL, NO Treatment for left shoulder. Next I also am writing in response to our
meeting on <u>SEPTEMBER 18, 2006</u>.which you promised me that you was going to contact Dr.Zalpuri
after our meeting and that I would be call in to be seen by Dr.Zalpuri  the next day on
September 19,2006, so that she could start ordering the Blood test to determin the type of
<u>Metabolic Bone Disease</u>,I may have such as 0stemalacia due to Vitamin D-deficiency. I didn't
receive a copy of your letter of our meeting on September 18,06, untill OCTOBER 3,2006.
Now, In reviewing your letter you made a Number of Statements concerning my medical condition.
That have not Yet!? taken place since August 29,06, to september 19,06, and some still at the
present time. I am going to comment on a few of your statements you made, and that is this
Metabolic Bone Disease is not life threatening and are reversible in the vast majority of
cases, which I've learn is true, But, you as a Doctor your self and even check in to my
conditions.KNOW for a FACT that the sooner treatment is started, the better the propects are
for avoiding <u>PERMANENT DAMAGE</u>! Ifo too much time has not Elapsed, due to the lenght of time.
2 1/2 Pluse years may become permanet. Now after 3-or more Health Care Services Request Form.
I was seen by <u>Dr. GRANT</u>, who read the letter dated August 29,2006, and he order the specific
Blood Test to determine Vitamin D & C-deficiency, Increase Lipitor, renew medication, order
X-Rays taken again for left shoulder & Elbow due to Bone to Bone grinding, left notes for
next Doctor concerning shot to releave acute chronic pain. On NOVEMBER 14, 2006, I was seen
by Dr. DASZKO, J. M.D. who read the letter dated August 29,2006, and took Action , First
located my last Blood Test. then he Phone UCSF-HOSPITAL to speak with and "ENDOCRINOLOGIST"
and read him my Blood LAB Test, elevated Alkaline Phoshatase. The <u>Endocrinologist</u> gave his
recommendation for a treatment Plan. (Vitamin-D-injections 3000 mgs. Twice A week and then
once a week for 3-Months, Dr. DASZKO, Call the Pharmacy and the Pharmacy told him they didn't

have it, and would order it.!? I have learn that The Pharmacy is unable to order . THIS IS MY PRESEN PROBLEM!!! It has been over 24-Hours that I have been waiting for this medication I continue to experience Multiple incidents of negligence , medical Malpractice, inadequate medical treatment for my serious medical needs. all these denieds, delays Constitute Cruel and unusual punishment is a deliberate indifference to a serious medical need. How long will it continue befor I receive the Vitamin D injection to prevent any more great bodily injury, because this progressive deterioration is probably irreversible that has occurred all ready. The failure to obtain the Vitamin D-for injection falls below the standard of care. as well as other medical issuses. Dr. Saylor LVN-EVANS inform me that she was going to inform you of the (URGENT) need for this medication, and that in situation like this in the past you would write a Check and for some one to go and pick it up from "Marin General-Hospital". or a local Hospital untill it is found!? For these reason past and present problems,Plus the FACT! that you promised me and ensured me that you would personally follow-up as we discussed with in our metting that I would start receiving the Next day the appropriate medical care. I am still waiting-URGENT!!! will you step in and deal with this present situation in geting me the requested Vitamin D-for injection. I look forward to hearing from you ASAP! Thank you in advance for your time,efforts in this matter.


Cc: Alison Hardy, Esq; PLO
    Personal File
    ETC.

                              Sincerely

                              Raynell Carmichael



Raynell Carmichael,D-25366
San Quentin State Prison-2N-O1-L
San Quentin, CA. 94974
E-Mail:deniedjusticerc@msn.com
In Pro-Per
HELP WANTED
TRUTH-----JUSTICE-----INTERGRITY

Justice                February 4, 2007

Justice

Mr. Robert Ayers, Jr. Warden

Re: HCM-CMO-Dr. Karen Saylor, MD
    Refusal to Return ADA-602 Appeal Log# 3-06-02801

Dear. Robert Ayers, Warden
     I am writing to you for your assistance and to bring to your attention an
on going problem with the health care system here at San Quentin.
That I continue to experience. I wrote you a letter dated July 27, 2006,
explaining two of many medical problems that I was having. The first one was
dealing with scheduling to get an colonoscopy done. Than you for your helping
hand at that time. The other problem I was having was the appropriate screening
done to determine and rule out Bone Cancer Multiple Myeloma or Metostatic.
Warden I don't believe you know all or some of the things that go on here. my
situation had gotten so bad, that I had to have my wife and daughter write you]
letters as well as CMO Dr. saylor for help! But I ran into many issuses that
I want to share with you. My wife wrote you on August 28, 2006, which you for
warded to the CMO. My daughter made calls from Atlanta Ga. and spoke with the
CMO which the CMO never return any calls to my wife or my daughter. Warden,
I had to contact out side people , and other agencys for help! I found out that
San Quentin has made false statements, gave fabricated explanation that were
bogus. A true investigation would reveal the injustice that has been going on
I am hoping that you personally READ all of this Info. that I have sent. They
speak for them selves. the problem at the present time as well as in the past
even deals with another Appeal Log# CSQ-06-1277, which I've made every "GOOD
FAITH EFFORT" in full compliance, in spite of the delays from the CMO the
ASSIGENED STAFF REVIEWER. Now  I will touch on a few issuses. warden what
you will read doesn't take a Rocket Sicemtist to figure out this gross
deviation form the standard of medical care showing years of failure to order
the Right Blood Test performed . it is so blatantly inapporpriate as to the
Evidence with my medical file. O'yes I just receive some copyies of my files
some of them are missing. Thank God for the people that are perfessional here
who gave me copies so I have copys of the missing ones. which I have sent out

all ready to the PLO-Robert Sillen-ETC. Now once the consultants submitted the Plan & Recommendation it still took over 60-days to get the treatment started on Oct 31, 2006, Dr. Grant read the letter dated 8-29-2006,and order the Blood Test! left notes for the next Doctor, who was Dr. DASZKO. look at the Cc: it has Cc: to Dr. Zalpuri,MD plus look at the (YELLOW UNDERLINE)?Now my copies that I just got, The letter 8-29-2006, Now is stamp in the right corner received 9-8-2006, & 9-19-2006 ?, and mines is received Oct 3, 2006, Next look at the letter dated September 19, 2006 from the CMO Now look at the PRISON LAW OFFICE dated 9-20-2006, I wasn't being tested, a another? what you call it ? These are just a few example as to unprofessionalism that I've beenreceiving. If you check the records Dr. Zalpuri was out of work due to job stress related issuses. as far back as August 31, 2006, Dr. Zalpuri wasn't working North Block at that or was Dr. DASZKO. But any way asyou can see the CMO-HCM and other Medical Staff have not been perfoming as professionals, But each one does have a moral Ethical Responsibilty to perform with integrity and pride, showing professionalism as health care providers treating inmates who have serious medical needs to stop the threat of any spreading digease, with the main objective meeting all Constitional Standards of health care. WARDEN-Robert Ayers, Jr. I am at the right prison to get the right treatment Due to the Fact that the Judge Thelton E. Henderson has appointed Rober sillen as Federal Receiver to make changes to improve health care First starting with San Quentin so why am I being treated the way I have? Now I would like for you to tell the CMO-Dr. Saylor or HCM who ever has my 602 Log# SQ-06-2801 to return it back to me (RIGHT NOW!) so that I can move forward to the next level, I am dissatisfied, I have the right to state that, because there are other treatments that I am requesting I want done just to name a few , such as Blood Test every month to see the Significant drop in Alkaline Phoshatase Levels Number are coming down. Requesting another CT-Bone scan to see are the mottled lesion has stop spreading and start healing. I want to be seen by an Endcrinologist in person, Their has been request made and I still haven't been by one! ETC. I don't know if this is a Racial! thing or if it is just Evil Spirited people, see the Inmate request for interview dated Dec 27, 2006, No respond in the past or present. I have many other that have never been answerd!? WHY!? I believe it's the CMO Responsibity to answer all inquirys concerning an Inmates medical matters & issues. Warden the delays has violated my due process rights,Preventing me from Exhausting my administrative remedies under the CDCR-602 Inmate Appeals grievance process. Now befor I close I would like to commed all the medical staff who has treated me & other Inmates with dignity and respect. I have a sincere deep respect for their professionalism as health care providers. I would like to Than you in adavce for all your time, effort and cooperation in this matter. I look forward to hearing from you real soon.

P.S. ETC. ROBERT SILLEN-FEDERAL RECEIVER
     THELTON E. HENDERSON-FEDERAL JUDGE

Respectfully Submitted
Raymond Carmona

To; JAYNE RUSSELL, PROGRAM MANGER  PROM; RAYNELL CARMICHAEL,
UNDER ROBERT SILLEN-FEDERAL RECEIVER'S
AT San Quentin State Prison

*** I am question your URGENT-Attention to my inadequate Medical treatment
for a serious medical need. PLEASE!!!, Read and take notice with the necessary
action; A copy was sent to the CMO_Dr. R. Kanan MD. on Aug 9, 2007

CC; to file

                              Thank you very kindly
                              Raynell Carmichael

---

HELP!!!-HELP!!!-HELP!!!-RIGHT NOW!!!, I am writing in regards to my serious

medical conditions that I have. That I continue to still experience into

NOT finding the real cause as the Elevated Alkaline phosphatase, 305-Out of

Range, reference Range 40-115, Alkains Phos ISO-295-Out of Range -Reference

---

Range 41-130, Intestine ISO 15-14 or Less, Bone ISO 224, Out of Range,
Reference Range 12-84, This along with the Vitamin D-deficiency which is stil
a problem with No sure answer as to WHY! or the CAUSE!. Let me explain some
things that has taken place which I believe you all ready have full knowledge
of. It was determinen that I do have a Vitamin D-deficiency with only 8-IU
total with in my body. I was started on taking 50,000 IU 2 x a day=100,000
a day, After being sick I started to self Educated my self about my diagnosis
the medical test, and treatment plan I gather information from the library
medical books, and from respected internet sites, and then finding out the
over load of Vit D-Causes TOXICITY. I was over loaded with 67,000 to 50,000 IL
a day. I Inform Dr. david of this and once she did her investigation she then
Inform me to decrease my Vit D from 100,00IU a day to 50,00 IU. once a week.
after the Vit D levels reach up to 2008 IU-over 108 IU over the Reference "
Range . It started droping from 208-88 IU, 88-68 IU, it has drop 20-points
On April 25, 2007, Dr. Madrilego recommended that I be seen by a Bone and
Metabolism specialise Expert. NOW! For some Unknow reason, I was seen by
another Endocrinologist. Dr. O'Connell on May 25, 2007, which recommended that
I be Evaluated by an Rheumatology as of AUGUST 9, 2007, over 90-days, and
I have still have not been seen WHY! It was suggested I be seen at UCSF. It's
my understanding that I have 3-Type of Bones Diseases(1) Superimposed
Osteoarthritis a Rampant degenerative Joint Disease. (2) Osteomalacia soft
Bones, (3) Osteopenia Brittle Bones, Now due to the FACT that UCSF were the
Doctor's who descoverd the Elevated Alkaline phosphatase Untreated for over

2½-years why not send me back there? for the follow up treatment. Dr. Rene
Kanan, MD. Chief Medical Officer. I have stated my dissatisfaction in the
past and the present due to the Fact of the continues delays denial and
obstructions in not finding the root cause of my elevated Alkaline phosphatase
and the root cause of the unblance Vitamin D, How are you as well as Dr. David
going to be able to determinen the cause and why my body is not absorbing the
Vit D ? from my food, Why hasn't Blood Test been requested to see are there
other vitamins deficiency etc. That are not absorbing ? WHY! Next, I am asking
you CMO-Dr. R. Kanan MD. the same? which I've asked CMO-Dr. K. Saylor, MD.
which said that this type of Bone disease are not life treatening? meaning
the sooner the treatment has started. the better the out come in avoiding
PERMANET DAMAGE all so meaning irreversible damage. The latest is that I have
been experiencing being tired ; a sick feeling and feverish that has
manifested in my whole body, Lower Back, Left shoulder blade, Elbow, Neck,
it is spreading in my right shoulder, Elbow, Right Thumb, right knee, at times
it is hard to differeniate if my pain is from my bones or muscles. It has
been difficulty siting down or standing up from a chair, getting in and out
of bed and even shifting around in bed from side to side etc. I can remember
these same feeling when I was at High Desert, But I was told it was only
Arthritis, I have learn it is more than arthritis, This is what I am feeling
now. I can tell that these bone diseas are progressess spreading quickly in
to my Right shoulder, elbow, right thumb, if these bones diseas has no CURE,
Give me some thing to slow the spreading to other bones. Like Nutritional
Supplements "Glucosamine & Chondroitin Sulfate" Vitamins D, C, E, & Beta
Carotene. Joint Lubrication-SYNVISCO.COM. It has been over a Year July 7,06,
since I had my Last CT-Bone Scan. I am requesting another total Body CT-Bone
Scan to determinen how much more these Diseas has spreaded to other Bone
parts with in my Body as well as an MRI. Now along with these matters are
other Issues that I want to address follows.

URGENT ISSUE: CMO-Dr. Rene Kanan.MD. Please take Notice of this on going
situation of your medical staff, that continues Nonperformanceand failure
in wearing gloves in dispensing medication to Inmate patients that are under
the Doctor's care. these health professionals all should know Washing hands
and wearing Gloves is the most inportant way to prevent the spread of
infections & Voruses when administering medication or treatment, Every one
that doesn't comply to these guidelines are disrespecting, dehumanizing
and demoralizing each Inmate patients. This is unacceptable in health
facility on the street it should be the same here. This is a issue that you
can and should address with the URGENCY as you can see the "ATTACH COMPLAINT"
dated April 17, 2007, The medical staff that do wear gloves do the same things
as not wearing gloves. They Touch every thing in sight and put the medication

in a cup or in your hand, and expect for the patient to put it in there mouth and then open it, so that they can see if you have taken it. I am told that is the rule. what is the PROTOCAL!!!??? as to medical staff in dispensing medication.

COMPLAINT ISSUE: Copies of medical Records in a timely manner"SEE ATTACH Inmate Appeal" I need my medical Records to review due to the FACT & Present. in adequate medical care that was provided was an deliberate indifference to my serious medical needs, by Physician unprofessional conduct misdiagnosis acts of gross negligence, substandard medical care, delays in treatment, etc. Now For these Very reason to self Educate my self about my diagnosis, the medical test I am undergoing, and treatment plan. I gather information about my condition and I pay close attention to the care I am receiving making sure I am getting the right treatments & medications.

COMPLAINT ISSUE: Unable to read Doctor's Names "See Attach Letter" and there reply you are inthe same person. I believe you know it is hard as well as unable to read Doctor's hand writing. I am requesting that you personally provide me all there Doctor's Lic#.

## Report View

### Patient Demographics

*Reser...*

Requisition Number: **159111**
Patient Name: **CARMICHAEL, RAYNELL**
Age: **NG**
Birth Date:
Gender: **M**
Social Security Number:
Accession Number: **GQ0821981**
Urine Volume:
Lab Ref Num: **2N1**
Report Comments:

Client: **4810945**
Referring Physician: **GRANT**
Room/Loc:
Patient Id: **D25366**
Patient Phone:
Collected: **11/06/2006 07:30AM**
Logged: **11/08/2006 11:59PM**
Reported: **11/12/2006 01:04PM**

| Report Name | Results | Units | Refere Rang |
|---|---|---|---|
| *REPORT COMMENTS: SEE NOTE | | | |

AGE AND/OR SEX NOT KNOWN.   FOR TESTS WITH REFERENCE RANGES WHICH VARY
AS A FUNCTION OF AGE OR SEX, WE CANNOT PROVIDE AGE OR SEX-SPECIFIC
REFERENCE RANGES.

**VITAMIN D, 25-HYDROXY, LCMSMS**

| | Results | Units | Referer Rang |
|---|---|---|---|
| VITAMIN D 25, TOTAL: | 8 | | |
| | (L) | ng/mL | 20-10 |
| VITAMIN D 25, D3: | 8 | ng/mL | |
| VITAMIN D 25, D2: | <4 | ng/mL | |

25-OHD3 indicates both endogenous production and supplementation.
25-OHD2 is an indicator of exogenous sources such as diet or
supplementation. Therapy is based on measurement of Total 25-OHD, with
levels <20 ng/mL suggesting Vitamin D deficiency while levels between
20 ng/mL and 30 ng/mL suggest insufficiency. In both situations there
is need for intense to moderate supplementation. In patients using D2
(ergocalciferol) supplementation, levels of 4 ng/mL of 25-OHD2 or
greater suggest compliance.

### Site Information

SC:Quest Diagnostics
3714 Northgate Boulevard
Sacramento, CA 95834
(800) 952-5691

NI:Nichols Institute
33608 Ortega Hwy.
San Juan Cap, CA 92690
800-642-4657

Last Login for Anthony Mendadero: November 14, 2006 11:06AM eastern

Quest, Quest Diagnostics, the associated logo, Nichols Institute and all associated Quest Diagnostics marks are the registered
trademarks of Quest Diagnostics. ®' All third party marks are the property of their respective owners. © 2000-2006 Quest
Diagnostics Incorporated. All rights reserved.  (version 13.004)
(0212)

## Report View

### Patient Demographics

Requisition Number: **176497**
Patient Name: **CARMICHAEL,RAYNELL**
Age: **55**
Birth Date: **04/17/1951**
Gender: **M**
Social Security Number:
Accession Number: **GQ3763076**
Urine Volume:
Lab Ref Num: **2N1**
Report Comments:

Client: **4810945**
Referring Physician: **DAVID**
Room/Loc:
Patient Id: **D25366**
Patient Phone: **NOT GIVEN**
Collected: **03/16/2007 09:30AM**
Logged: **03/16/2007 11:00PM**
Reported: **03/27/2007 04:03PM**

| Report Name | Results | Units | Reference Range |
|---|---|---|---|
| VITAMIN D, 1,25 DIHYDROXY | | | |
| VIT D, 1-25-DIHYDROXY: | 35 | | |
| VITAMIN D, 25-HYDROXY, LCMSMS | | pg/mL | 15-6 |
| VITAMIN D 25, TOTAL: | 208 | | |
| | (H) | ng/mL | 20-100 |
| VITAMIN D 25, D3: | <4 | | |
| VITAMIN D 25, D2: | 208 | | |
| | | ng/mL | |

```
                25-OHD3 indicates both endogenous production and supplementation.
                25-OHD2 is an indicator of exogenous sources such as diet or
                supplementation. Therapy is based on measurement of Total 25-OHD, with
                levels <20 ng/mL suggesting Vitamin D deficiency while levels between
                20 ng/mL and 30 ng/mL suggest insufficiency. In both situations there
                is need for intense to moderate supplementation. In patients using D2
                (ergocalciferol) supplementation, levels of 4 ng/mL of 25-OHD2 or
                greater suggest compliance.
```

| PTH INTACT: | 29 | | pg/mL |
|---|---|---|---|

```
                ***********INTERPRETIVE GUIDE**********
                       INTACT PTH IN RELATION TO CALCIUM
                NORMAL PARATHYROID FUNCTION   10-65   NORMAL
                HYPOPARATHYROIDISM            <20     LOW
                PRIMARY HYPERPARATHYROIDISM   >65     HIGH
                SECONDARY HYPERPARATHYROIDISM >65     NORMAL OR LOW
                NON-PARATHYROID HYPERCALCEMIA <20     HIGH
```

| CALCIUM: | 9.9 | | mg/dL  8.6-10 |
|---|---|---|---|

### Site Information

| NI:Nichols Institute | WH:Quest Diagnostics |
|---|---|
| 33608 Ortega Hwy. | 8401 Fallbrook Avenue |
| San Juan Cap, CA 92690 | West Hills, Ca 91304 |
| 800-642-4657 | 800-877-2515 |

Last Login for Anthony Mandadero: March 28, 2007 10:35AM eastern

Quest, Quest Diagnostics, the associated logo, Nichols Institute and all associated Quest Diagnostics marks are the registered trademarks of Quest Diagnostics. ®' All third party marks are the property of their respective owners. © 2000-2007 Quest Diagnostics Incorporated. All rights reserved.  (version 13.016)
(0208)

# Report View

## Patient Demographics

Requisition Number: 172132
Patient Name: **CARMICHAEL,RAYNELL**
Age: **55**
Birth Date: **04/17/1951**
Gender: **U**
Social Security Number:
Accession Number: **GQ3759547**
Urine Volume:
Lab Ref Num: **2N1L**
Report Comments:

Client: **4810945**
Referring Physician: **DAVID**
Room/Loc:
Patient Id: **D25366**
Patient Phone:
Collected: **03/16/2007 09:00AM**
Logged: **03/16/2007**
Reported: **03/17/2007 04:09AM**

| Report Name | Results | Units | R |
|---|---|---|---|
| *REPORT COMMENTS: | SEE NOTE | | |
| | AGE AND/OR SEX NOT KNOWN.   FOR TESTS WITH REFERENCE RANGES WHICH VARY AS A FUNCTION OF AGE OR SEX, WE CANNOT PROVIDE AGE OR SEX-SPECIFIC REFERENCE RANGES. | | |
| COMPREHENSIVE METABOLIC PANEL | | | |
| SODIUM, SERUM: | 137 | mmol/L | |
| POTASSIUM, SERUM: | 4.1 | mmol/L | |
| CHLORIDE, SERUM: | 100 | mmol/L | |
| CARBON DIOXIDE (CO2): | 24 | mmol/L | |
| UREA NITROGEN,BLOOD (BUN): | 13 | mg/dL | |
| CREATININE, SERUM: | 1.2 | mg/dL | |
| GLUCOSE: | 104 (H) | mg/dL | |
| CALCIUM, SERUM: | 9.9 | mg/dL | |
| TOTAL PROTEIN: | 7.8 | g/dL | |
| ALBUMIN: | 4.2 | g/dL | |
| GLOBULIN, TOTAL: | 3.6 | g/dL | |
| A/G RATIO: | 1.2 | ratio | |
| AST (SGOT): | 17 | U/L | |
| BILIRUBIN, TOTAL: | 0.5 | mg/dL | |
| ALT (SGPT): | 28 | U/L | |
| ALKALINE PHOSPHATASE: | 275 (H) | U/L | |
| eGFR: | AGE AND/OR GENDER NOT PROVIDED. UNABLE TO CALCULATE | | S |
| | REFERENCE RANGE:    > = 60 ml/min/1.73m2 IF PATIENT IS AFRICAN AMERICAN, MULTIPLY REPORTED RESULT BY 1.21. | | |
| ALKALINE PHOSPHATASE: | 275 (H) | U/L | |

**Site Information**
SC:Quest Diagnostics
   3714 Northgate Boulevard
   Sacramento, CA 95834
   (800) 952-5691

Last Login for Anthony Mandadero: March 28, 2007 10:35AM eastern

Quest, Quest Diagnostics, the associated logo, Nichols Institute and all associated Quest Diagnostics marks are the registered trademarks of Quest Diagnostics. ®' All third party marks are the property of their respective owners. © 2000-2007 Quest