```
Raynell Carmichael, D-25366
San Quentin State Prison-2N-1-L
San Quentin, CA. 94974

In Propria Persona
```

FILED
07 NOV 26 AM 9:45
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Raynell Carmichael,  )
                     )
         Plaintiff,  )   CASE NO. CV 07 5622 CW
                     )
    vs.              )   **PRISONER'S**
                     )   **APPLICATION TO PROCEED**
James Tilton, et, al.,) **IN FORMA PAUPERIS**
                     )
         Defendant.  )
_____)

I, <u>Raynell Carmichael</u>, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No _xx_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____00_____  Net: _____

Employer: _____N/A_____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  _____
6  _____

7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

| | | | |
|---|---|---|---|
| 9 | a. | Business, Profession or | Yes ___ No  xx |
| 10 | | self employment | |
| 11 | b. | Income from stocks, bonds, | Yes ___ No  xx |
| 12 | | or royalties? | |
| 13 | c. | Rent payments? | Yes ___ No  xx |
| 14 | d. | Pensions, annuities, or | Yes ___ No  xx |
| 15 | | life insurance payments? | |
| 16 | e. | Federal or State welfare payments, | Yes ___ No  xx |
| 17 | | Social Security or other govern- | |
| 18 | | ment source? | |

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.

21  _____
22  _____

23  3.   Are you married?                                Yes ___ No  xx

24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.*  a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.    Do you own or are you buying a home?    Yes ____ No _xx_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes ____ No _xx_

Make _____ Year _____ Model _____

Is it financed? Yes ____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account? Yes ____ No ____ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ____ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ____

_____

8.    What are your monthly expenses?

Rent: $ _____00_____ Utilities: _____00_____

Food: $ _____00_____ Clothing: _____00_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

_____

_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _xx_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

November 14, 2007,               *Raynell Carmichael*

    DATE                                            SIGNATURE OF APPLICANT

Case Number: __CV 07 5622__

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Raynell Carmichael__ for the last six months
[prisoner name]
__San Quentin State Prison__ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __22.50__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __63.83__.

Dated: __11-14-07__      __/s/ Larry Ward__
                          [Authorized officer of the institution]

```
REPORT ID: TS3030  .701                                      REPORT DATE: 11/14/07
                                                             PAGE NO:         1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                                 SAN QUENTIN PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: MAY  01, 2007 THRU NOV. 14, 2007

ACCOUNT NUMBER  : D25366              BED/CELL NUMBER: N 2 00000000001L
ACCOUNT NAME    : CARMICHAEL, RAYNELL       ACCOUNT TYPE: I
PRIVILEGE GROUP : A
                                TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE   DESCRIPTION      COMMENT        CHECK NUM    DEPOSITS   WITHDRAWALS    BALANCE

05/01/2007    BEGINNING BALANCE                                                        127.61
05/04  D340   EFT DEPOSIT       3766/J-PAY                   10.00                     137.61
05/16  W422   DONATION-ISLA     3902FDSALE                                21.00        116.61
06/06  W415   CASH WITHDRAW     4149CARMIC    187067088                   50.00         66.61
06/11  FC01   DRAW-FAC 1        4239/M2ND                                 10.00         56.61
07/17  W515   COPY CHARGE       0219COPY                                   1.20         55.41
08/10  W415   CASH WITHDRAW     0593HOSANA    187068256                    5.00         50.41
09/10  D340   EFT DEPOSIT       0914/J-PAY                   50.00                     100.41
09/11  W515   COPY CHARGE       0982COPY                                   4.30         96.11
09/17  FC01   DRAW-FAC 1        1094/M2ND                                 25.00         71.11
10/11  D300   CASH DEPOSIT      1431MAILRM                   75.00                     146.11
11/06  W512   LEGAL POSTAGE     1813LMAIL                                  4.60        141.51
11/09  W449   DONATION-ARTS     1910FDSALE                                32.00        109.51

                                 TRUST ACCOUNT SUMMARY
BEGINNING       TOTAL           TOTAL           CURRENT        HOLDS        TRANSACTIONS
BALANCE         DEPOSITS        WITHDRAWALS     BALANCE        BALANCE      TO BE POSTED

 127.61         135.00          153.10          109.51         0.00         0.00

                                                              CURRENT
                                                              AVAILABLE
                                                              BALANCE

                                                              109.51
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 11-14-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
        TRUST OFFICE