IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNELL CARMICHAEL,<br><br>    Plaintiff,<br><br>  v.<br><br>RODERICK HICKMAN, et al.,<br><br>    Defendants.                   / | No. C 07-05622 CW (PR)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL |

    Plaintiff requests the appointment of counsel to represent him in this action.

    There is no constitutional right to counsel in a civil case unless an indigent litigant may lose his physical liberty if he loses the litigation. See <u>Lassiter v. Dep't of Social Services</u>, 452 U.S. 18, 25 (1981); <u>Rand v. Rowland</u>, 113 F.3d 1520, 1525 (9th Cir. 1997) (no constitutional right to counsel in § 1983 action), <u>withdrawn in part on other grounds on reh'g en banc</u>, 154 F.3d 952 (9th Cir. 1998) (en banc). The court may ask counsel to represent an indigent litigant under 28 U.S.C. § 1915 only in "exceptional circumstances," the determination of which requires an evaluation of both (1) the likelihood of success on the merits, and (2) the ability of the plaintiff to articulate his

1  claims pro se in light of the complexity of the legal issues
2  involved.  See id. at 1525; Terrell v. Brewer, 935 F.2d 1015, 1017
3  (9th Cir. 1991); Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th
4  Cir. 1986).  Both of these factors must be viewed together before
5  reaching a decision on a request for counsel under § 1915.  See id.
6       The Court finds that exceptional circumstances entitling
7  Plaintiff to court appointed counsel do not exist.  The likelihood
8  of Plaintiff's success on the merits cannot be ascertained at this
9  point in the proceedings, and the legal issues are not complex.
10 Accordingly, Plaintiff's request is DENIED.
11      This Order terminates Docket no. 10.
12      IT IS SO ORDERED.
13
   Dated:  1/16/08                    _____
14                                     CLAUDIA WILKEN
                                       UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RAYNELL CARMICHAEL,

    Plaintiff,

v.

RODERICK HICKMAN et al,

    Defendant.

Case Number: CV07-05622 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raynell Carmichael D-25366
San Quentin State Prison-2N1-L
San Quentin, CA 94974

Dated: January 16, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

P:\PRO-SE\CW\CR.07\Carmichael5622.DenyAtty.frm