# PLAINTIFF

Miscellaneous

# EXHIBIT

2

1 Through 15

ORIGINAL

EXHIBIT 1

STATE OF CALIFORNIA
GA-22 (9/92)

# INMATE REQUEST FOR INTERVIEW

DEPARTMENT OF CORRECTION

| DATE | TO Medical Records Manager | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| May 1, 2008 | Ms. WAIVE/SAMPSON | Carmichael, Raynell | D-25366 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | | JOB NUMBER |
|---|---|---|---|---|
| 2N1-L | 2N1-L | | U/A | FROM _____ TO _____ |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | | ASSIGNMENT HOURS |
|---|---|---|
| | U/A | FROM _____ TO _____ |

### Clearly state your reason for requesting this interview.
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I am requestiing copys of these specific Medical records, it is not necessary

for me to be present to go throug these files. I have made a list of what

I want copies of. I hope this Info will help you facilitate my request in

a more rapid way and with in the 15-days time frame, under your policy and

| INTERVIEWED BY | | DATE |
|---|---|---|
| | | |
| DISPOSITION | | |

procedure. Thank you in advance for all your time, effort in this matter.

*****************************ALL MEDICAL RECORDS LISTED BELOW***************

✓ Dr. Pappas-Notes-January 25-2008

✓ Blood LAB TEST-January 25-2008

✓ RN-Line-Notes-February 25, 2008

✓ Dr. V. RAND, MD. SOAP NOTES-February 27, 2008

✓ Blood LAB TEAT-March 11, 2008

✓ Dr. V. RAND, MD, SOAP NOTRD March 27, 2008

✓ Pain Management Team-UCSF-Notes-April 7, 2008

✓ Doctor's Medical Center-Dr. O'Connor, MD April 11, 2008, Notes

✓ Blood LAB Test April 16, 2008

✓ Blood LAB Test April, 22, 2008

✓ RN-Line Notes April 24, 2008

✓ Dr. V. RAND, MD. SOAP NOTRS-April 30, 2008

PS. would you send me a copy of the TRUST ACCOUNT WITHDRAWAL ORDER AS MY
    Receipt to how much you charged.

RECEIVED MAY 6 2008

**EXHIBIT 2**

Quest Diagnostics

967 Mabury Road
San Jose, CA 95133
(f: 288-9008)

975-1000
Sacramento, CA 95834

3714 Northgate Blvd
Sacramento, CA 95834

927-9200
(300) 952-5691

GR2314674
Accession No.

Patient Name: CARMICHAEL, RAYNELL
56, 04/17/1951
Age/DOB: N
Sex:

CHART #: D25366
LOCATION: 2N 1

Client: CALIFORNIA STATE PRISON

1 SAN QUENTIN
SAN QUENTIN, CA  94964

RAND,
415-454-1460 X5531

Collected: 01/25/08 19:25
01/25/08 23:30
Received: 01/30/08 06:03
Reported:
Re-reported: FINAL       1
Report Status:                  Page:

| Requisition #: 217965 | In Range | Out of Range | Reference | Units | PS |
|---|---|---|---|---|---|
| OCCULT BLOOD X3 | | | | | |
| DATE COLLECTED | 1/23,24,25 | | | | SC |
| OCCULT BLOOD | NEGATIVE | | NEGATIVE | | SC |
| OCCULT BLOOD 2 | NEGATIVE | | | | SC |
| OCCULT BLOOD 3 | NEGATIVE | | | | SC |

PERFORMING SITE

SC - Quest Diagnostics, 3714 Northgate Boulevard, Sacramento, CA  95834
Gerald E. Simon, M.D., (800) 952-5691

LAST PAGE OF REPORT

GR2314674    CARMICHAEL, RAYNELL

# SANTA ROSA SPINE INSTITUTE
### PETER B. A. PAPPAS, MD
**76 Brookwood Avenue**
**Santa Rosa, CA 95404**

Phone (707) 523-2381

Fax: (707) 523-2677

## SAN QUENTIN HEALTH CLINIC
## OFFICE CONSULTATION

**RAYNELL CARMICHAEL**
CDCR #D25366
January 25, 2008

**HISTORY:**
Mr. Carmichael is 56 years of age. He has back pain and bilateral leg pain.

**PAST MEDICAL HISTORY:**
He has extensive medical involvement in the form of chronic metabolic bone disease, morbid obesity, hypertension, and a history of vitamin D deficiency.

**PAST SURGICAL HISTORY:**
Denies.

**CURRENT MEDICATIONS:**
His current medications are numerous: MS Contin, lisinopril, amitriptyline, carvedilol, ranitidine, Fiber-Lax, and vitamin D.

**ALLERGIES TO MEDICATIONS:**
Include **methadone** – he sweats.

**SOCIAL HISTORY:**
The patient denies tobacco use. The patient denies alcohol use.

**CLINICAL EVALUATION:**
Mr. Carmichael appears older than his chronologic age. His lower extremity motor strength is 5/5 throughout iliopsoas, quadriceps, hamstring, tibialis posterior, gastroc-soleus; 4+/5 tibialis anterior and EHL. Sensory exam with diffuse changes in the L4-L5 and L5-S1 dermatomes.

**DIAGNOSTIC STUDIES:**
His MRI report reflects degenerative disease with neural compression at L4-L5 and L5-S1.

**RAYNELL CARMICHAEL**
CDCR #D25366
January 25, 2008
Page 2

PLAN:
Given Mr. Carmichael's current clinical presentation and in light of his numerous medical issues, I would not recommend surgical intervention at this juncture. At this point, given his pain, the risk-benefit ratio would be disproportionate. I would recommend, however, a nonoperative course in the form of epidural steroid injections. I will be happy to schedule him for such, and he desires to proceed accordingly.

ADDENDUM:
The patient also complains of upper extremity radicular symptomatology. An MRI of the cervical spine would be warranted. In addition, the patient is complaining of knee discomfort. I would recommend a referral to Dr. Matan or Dr. Lyon.

*This dictation was performed in the presence of the patient.*

"I declare under penalty of perjury that I have not violated Labor Code Section 139.3 and that the information contained in this report and its attachments, if any, is true and correct to the best of my knowledge and belief, except as to information that I have indicated I received from others. As to that information, I declare under penalty of perjury that the information accurately describes the information provided to me and, except as noted herein, that I believe it to be true."

Peter B. A. Pappas, MD

PBAP:cd

Spoke c̄
Dr. Pappas —
he agrees to
hold on MRI at this
time and re-eval
with me

# DEPARTMENT OF CORRECTIONS
## SAN QUENTIN STATE PRISON

### SOAPE NOTE

**PATIENT:** CARMICHAEL

**CDC:** 25366

**DATE OF BIRTH:** 04/17/1951

**DATE OF SERVICE:** 02/27/2008

**HOUSING UNIT:** NORTH BLOCK

**PAROLE DATE:** LIFER

### CCP1 NOTE

**PROBLEM LIST:**
1. Metabolic bone disease, possibly Paget's disease.
2. Morbid obesity, worsening.
3. Hypertension.
4. History of vitamin D deficiency.
5. Chronic back pain, left leg pain, neck pain, and occasional numbness of his left thumb, index finger, and 2nd finger.
6. Gassiness.
7. Chronic constipation.
8. Chronically elevated alkaline phosphatase.
9. History of elevated CPK on statin agents.
10. Hyperlipidemia, off statin agents.
11. History of acute renal failure in 2007, possibly precipitated by high-dose Motrin/ibuprofen. Most recent creatinine is normal.
12. Chronic lower extremity edema, worsening. Patient demanding to go back on hydrochlorothiazide.
13. History of a normocytic anemia.

**CURRENT MEDICATIONS:**
1. MS Contin.
2. Lisinopril.
3. Amitriptyline.
4. Carvedilol.
5. FiberLax.
6. Vitamin D.
7. Calcium.
8. Fosamax.

**OBJECTIVE:** On exam, he is a morbidly obese gentleman in no acute distress. Blood pressure 140/80, pulse 88, respiratory rate 20, afebrile, 330 pounds, 96% on room air. Full range of motion, upper extremity strength normal. Reflexes are 2+. He has good upper extremity strength.

PATIENT: CARMICHAEL
DATE OF SERVICE: 02/27/2008                                    CDC: 25366
Page 2

## ASSESSMENT AND PLAN:

1. Probable Paget's disease. Dr. O'Connor, the endocrinologist at Doctors Medical, is due to see him. I gave him reading material regarding Paget's disease. He is currently on his daily Fosamax.
2. History of vitamin D deficiency currently on vitamin D and calcium.
3. History of hypertension. Blood pressure is slightly elevated today, but normally blood pressures have been okay. Continue lisinopril and Coreg. Restart hydrochlorothiazide, and recheck his basic metabolic panel in 2 weeks.
4. Lower extremity edema. Restart hydrochlorothiazide and recheck his basic metabolic panel in 2 weeks.
5. Normocytic anemia. We did not discuss that today. I had ordered Hemoccults and iron studies on him. His Hemoccults were negative in January. His hematocrit was only slightly below normal at 38.2 in January, ferritin normal at 55, folic acid normal, reticulocyte count normal. Follow for now.
6. Morbid obesity, worsening. Patient asked for a chrono for a wedge pillow for his neck and for an abdominal binder. I ordered that.
7. Low back pain and numbness in the left toe. The patient is due for an epidural injection by Dr. Pappas.
8. Possible pinched nerve in his neck. I told him we were going to wait until we do the epidural in his back first and then consider doing an open MRI again given his obesity to see if he would be able to potentially get an epidural in his neck as well.
9. Elevated lipids. Because of his history of an elevated CPK, put in a nonformulary request for Zetia.
10. Chronic pain. Continue MS Contin.
11. Constipation. Add Colace to his regimen.
12. Follow up with me in 2 weeks.

D. RAND, M.D.

/sts
D: 02/27/2008 12:35:00
T: 02/28/2008 11:06:05
Job #: 7620

**Quest Diagnostics**
967 Mabury Road
San Jose, CA 95133
(408) 975-1009
(800) 266-8008

3714 Northgate Blvd
Sacramento, CA 95834
(800) 927-9500
1 (800) 952-5691

GR375

Patient Name: **CARMICHAEL, RAYNELL**
Age/DOB: 56, 04/17/1951  M    NON-FASTING
Sx:
CHART #: D25366
LOCATION: 2N1

Client: **CALIFORNIA STATE PRISON**

1 SAN QUENTIN
SAN QUENTIN, CA 94964

**RAND,**
415-454-1460 X5531

Session No.:
03/18/08 07:
03/18/08 23:
03/18/08 06:

Collected:
Received:
Reported:    FINAL
Re-reported:
Report Status:    Page:

| Requisition #: 193353 | In Range | Out of Range | Reference | Units | PS |
|---|---|---|---|---|---|
| **RENAL FUNCTION PANEL** | | | | | |
| **ELECTROLYTES** | | | | | |
| SODIUM, SERUM | 135 | | 135-146 | mmol/L | SC |
| POTASSIUM, SERUM | 4.2 | | 3.5-5.3 | mmol/L | SC |
| CHLORIDE, SERUM | 99 | | 98-110 | mmol/L | SC |
| CARBON DIOXIDE (CO2) | 21 | | 16-26 | mmol/L | SC |
| **BUN CREATININE GLUCOSE** | | | | | |
| UREA NITROGEN, BLOOD (BUN) | 12 | | 7-25 | mg/dL | SC |
| CREATININE, SERUM | 1.01 | | 0.50-1.30 | mg/dL | SC |
| eGFR | >60 | | SEE BELOW | | SC |

REFERENCE RANGE:    ) = 60 ml/min/1.73m2
IF PATIENT IS AFRICAN AMERICAN, MULTIPLY REPORTED RESULT BY 1.21.

| | | | | | |
|---|---|---|---|---|---|
| GLUCOSE | | 110    H | 65-99 | mg/dL | SC |
| **CALCIUM/PHOSPHORUS** | | | | | |
| CALCIUM, SERUM | 8.6 | | 8.6-10.2 | mg/dL | SC |
| PHOSPHORUS, SERUM | | (2.3)    L | 2.5-4.5 | mg/dL | SC |
| ALBUMIN | 3.9 | | 3.6-5.1 | g/dL | SC |

PERFORMING SITE

SC - Quest Diagnostics, 3714 Northgate Boulevard, Sacramento, CA 95834
Gerald E. Simon, M.D., (800) 952-5691

LAST PAGE OF REPORT

GR3750309    CARMICHAEL, RAYNELL

## DEPARTMENT OF CORRECTIONS
## SAN QUENTIN STATE PRISON

### SOAPE NOTE

**PATIENT:** CARMICHAEL

**DATE OF BIRTH:** 04/17/1951

**HOUSING UNIT:** NORTH BLOCK

**DATE OF ARRIVAL:**

**CDC:** D25366

**DATE OF SERVICE:** 03/27/2008

**PAROLE DATE:** LIFER

### HIGH-RISK CCP1 NOTE

**PROBLEM LIST:** Includes:
1. Probable Paget's disease's disease, on Fosamax.
2. Morbid obesity.
3. Hypertension.
4. Vitamin D deficiency.
5. Chronic back pain, left leg pain, neck pain, and occasional numbness in his left thumb, index finger, and 2nd finger.
6. Chronic constipation.
7. Chronically elevated alkaline phosphatase.
8. Elevated CPK on statin agents, currently off statin agents.
9. Hyperlipidemia, off statin agents.
10. History of acute renal failure in 2007, possibly precipitated by high-dose ibuprofen. Most recent creatinine is normal.
11. Chronic lower extremity edema.
12. Normocytic anemia.

**MEDICATIONS:**
1. MS Contin.
2. Lisinopril.
3. Amitriptyline.
4. Carvedilol.
5. FiberLax.
6. Vitamin D.
7. Calcium.
8. Fosamax.
9. Docusate.
10. Hydrochlorothiazide.
11. Zetia.

PATIENT: CARMICHAEL
DATE OF SERVICE: 03/27/2008
Page 2

CDC: D25366

**OBJECTIVE:** On exam, he is an obese gentleman in no acute distress. Blood pressure 141/82, pulse 81, respiratory rate 19, afebrile, 330 pounds 99% on room air. His exam is deferred today.

**ASSESSMENT AND PLAN:**
1. Paget's disease, on Fosamax and calcium and vitamin D. Check his alkaline phosphatase in a few weeks. I spoke to Dr. O'Connor who seems to think based on his numbers he is doing quite well.
2. History of vitamin D deficiency. Currently on vitamin D and calcium. Calcium and vitamin D levels are currently excellent.
3. Hypertension. Blood pressures are still not at goal. Increase his lisinopril to 10 mg a day. Continue his hydrochlorothiazide and Coreg. Recheck his creatinine in 2 weeks.
4. Normocytic anemia. Iron studies are not particularly revealing and his Hemoccults are negative. We will follow this for now.
5. Morbid obesity.
6. Chronic pain. Awaiting epidural injection by Dr. Pappas. I am holding off on any neck MRIs at this point, and I will refer him to Dr. Brody for pain management. I will also switch from Elavil to desipramine because of his constipation.
7. Constipation. Add lactulose to his regimen.
8. Elevated lipids, newly on Zetia because he cannot be on statins because of his elevated CPK.
9. Follow up with me in 1 month.

. RAND, M.D.

/sts
D: 03/27/2008 13:17:00
T: 03/28/2008 11:32:40
Job #: 44555

## Correctional Medicine Consultation Network

## Pain Management Program

Patient name:  Carmichael, Raynell
DOB:   4/17/51

CDCR number: D25366
CDCR Location: SQ
Housing Unit: N2-1L
Date of Incarceration:
Date of Parole:

Onsite/Telemedicine: Onsite
Date:  4/7/08
Reason for Consult: Pain Management
Requested by: Dr. Rand

, 57 year old AA man with hyptercholesterolemia, hyperlipidemia, obesity, Paget's disease, and several pain.  Low back pain which keeps him from walking any distance; lightning bolt pains in L leg to toes along with numbness; headaches and neck pain; numbness and tingling in 1st through 3rd fingers of both hands; swelling and throbbing in R knee previously helped with naproxen and ibuprofen but which he cannot take because of recent acute renal failure.  Current regimen includes MSContin 60mg twice says "I don't want to be drugged up, I need to function", nortriptyline in place of amitriptyline, fosamax, fiber, stool softeners, lactulose.  Also gets injections in L shoulder and L elbow for "bone on bone."  Says at one time he was depressed and anxious but denies this is currently an issue.  Looking forward to epidural injections.  At current pain levels cannot stand or sit for any length of time, uses cane.

Imp: somatic and neuropathic pain syndromes in patient with Paget's disease, obesity, hyperlipidemia, recent acute renal failure.  For knee pain, not safe to use NSAID because of kidney problem; suggest evaluation for possible intra-articular injection.  For neuropathic pain, would titrate nortiptyline to relief or side effect before trying gabapentin.  Continue opiate at current level.
We would like to see this patient again in 1-2 months

Thank you for requesting the consultation on the pain management of this patient. Please feel free to contact me with any questions.

Respectfully submitted,

Faculty Consultant: Robert V. Brody, M.D.
Office Phone: 415-476-2041

*Patient Name:  Carmichael, Raynell RaynellDOB:4/17/51  4/17/51*

CDCR #:  D25366                                      *Consult Date: 4/7/08*
Fax: 415-476-4700
E-mail: Robert.Brody@ucsf.edu
Pager: 650-997-9576

Full report to follow

Faculty Consultant: Stephen Rao, Ph.D
Office Phone: 415-476-2041
Fax: 415-476-4700
E-mail: Stephen.Rao@ucsf.edu
Pager: 415-831-4999

Faculty Consultant: Edward Lor, PharmD
Office Phone: 415-476-2041
Fax: 415-476-4700
E-mail: Ed.Lor@sfdph.org
Pager:

Quest
Diagnostics
967 Mabury Road    (408)/975-1000
San Jose, CA 95133    (800) 288-3045
3714 Northgate Blvd.    (916) 929-2000
Sacramento, CA 95834    1 (800) 952-5691

Patient Name: CARMICHAEL, RAYNELL
56, 04/17/1951
Age/DOB: M    NON-FASTING
Sex: PT PHONE #: NOT GIVEN
CHART #: D2536C
LOCATION: 2N1L

Client: **CALIFORNIA STATE PRISON**

1 SAN QUENTIN
SAN QUENTIN, CA  94964

**RAND,**
415-454-1460 X5531

Accession No.    GR4919977
Collected:    04/16/08  23:00
Received:    04/17/08  06:06
Reported:
Re-reported:    FINAL    1
Report Status:    Page:

st Requisition #: 217463

| | In Range | Out of Range | Reference | Units | PS |
|---|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | | | | | |
| COMPREHENSIVE METABOLIC PANEL | | | | | |
| SODIUM, SERUM | 138 | | 135-146 | mmol/L | SC |
| POTASSIUM, SERUM | 4.5 | | 3.5-5.3 | mmol/L | SC |
| CHLORIDE, SERUM | 101 | | 98-110 | mmol/L | SC |
| CARBON DIOXIDE (CO2) | 19 | | 16-26 | mmol/L | SC |
| UREA NITROGEN,BLOOD (BUN) | 12 | | 7-25 | mg/dL | SC |
| CREATININE, SERUM | 0.99 | | 0.50-1.30 | mg/dL | SC |
| eGFR | >60 | | SEE BELOW | | SC |
| REFERENCE RANGE: | > = 60 ml/min/1.73m2 | | | | |
| IF PATIENT IS AFRICAN AMERICAN, MULTIPLY REPORTED RESULT BY 1.21. | | | | | |
| GLUCOSE | 98 | | 65-99 | mg/dL | SC |
| CALCIUM, SERUM | 8.8 | | 8.6-10.2 | mg/dL | SC |
| TOTAL PROTEIN | 7.8 | | 6.2-8.3 | g/dL | SC |
| ALBUMIN | 4.0 | | 3.6-5.1 | g/dL | SC |
| GLOBULIN, TOTAL | | 3.8 H | 2.1-3.7 | g/dL | SC |
| A/G RATIO | 1.1 | | 1.0-2.1 | ratio | SC |
| AST (SGOT) | 14 | | 10-35 | U/L | SC |
| BILIRUBIN, TOTAL | 0.4 | | 0.2-1.2 | mg/dL | SC |
| ALT (SGPT) | 14 | | 9-60 | U/L | SC |
| ALKALINE PHOSPHATASE | | 179 H | 40-115 | U/L | SC |
| CREATINE KINASE (CK) | | | | | |
| CK TOTAL | 96 | | 0-200 | U/L | SC |

PERFORMING SITE

SC - Quest Diagnostics, 3714 Northgate Boulevard, Sacramento, CA  95834
Gerald E. Simon, M.D., (800) 952-5691

LAST PAGE OF REPORT

GR4919977    CARMICHAEL, RAYNELL

**Quest Diagnostics**
967 Mabury Road, San Jose, CA 95133    (408) 975-1000 (800) 288-8008    3714 Northgate Blvd, Sacramento, CA 95834    (916) 927-9900 1 (800) 952-5691

| | |
|---|---|
| Patient Name: CARMICHAEL, RAYNELL | Client: CALIFORNIA STATE PRISON |
| 04/17/1951 | |
| Age/DOB: M    NON-FASTING | 1 SAN QUENTIN |
| Sex: | SAN QUENTIN, CA   94964 |
| CHART #: D25360 | |
| LOCATION: SN1 | RAND, NG |
| | 415-454-1460 X5531 |

Accession No: GR5205691
Collected: 04/24/08  10:10 / 04/24/08  20:30
Received: 04/30/08  06:03
Reported:
Re-reported: FINAL    1
Report Status:    Page:

| Requisition #: 193083 | In Range | Out of Range | | Reference | Units | PS |
|---|---|---|---|---|---|---|
| 04-22-08 | | | | | | |
| CALCIUM, URINE/24 HR | | | | | | |
| TOTAL VOLUME | | 2900 | H | 800 - 1800 | mL/24 h | SC |
| CALCIUM, URINE | 1 | | | | mg/dL | SC |
| CALCIUM, URINE/24 HR | | 29 | L | 50 - 275 | mg/24 h | SC |
| | | | | | | |
| CREATININE, URINE/24 HR | | | | | | |
| TOTAL VOLUME | | 2900 | H | 800 - 1800 | mL/24 h | SC |
| CREATININE, URINE | 54 | | | 20-370 | mg/dL | SC |
| CREATININE, URINE/24 HR | 1566 | | | 600 - 1800 | mg/24 h | SC |

PERFORMING SITE

SC - Quest Diagnostics, 3714 Northgate Boulevard, Sacramento, CA  95834
Gerald E. Simon, M.D., (800) 952-5691

LAST PAGE OF REPORT

GR5205691    CARMICHAEL, RAYNELL

DOCTORS MEDICAL CENTER
San Pablo Campus 2000 Vale Road. San Pablo, CA. 94806
PT: CARMICHAEL, RAYNELL   DOB: 04/17/1951
ADM: 04/11/2008
ACCT: 000810200041  MR#: 000001133350  ROOM:
Michael O`Connor, MD*  200804150997609900
AUTH ID: 2670

025366

CONSULTATION


TYPE OF CONSULTATION:
Endocrine consult.

I saw the patient on 04/11/08 for an endocrine followup visit at
the Doctors Medical Center in San Pablo, California.  The patient
is a 56-year-old African American male with a history of vitamin
D deficiency, osteoarthritis of the lumbosacral spine, and a
history of either Paget disease or ___burnt out_____ osteomyelitis.

SUBJECTIVE:
Pain in the back and sciatica in the left leg.  Complains of
numbness in the first three fingers in hands bilaterally.  He
says he has had plain x-rays of his shoulder and hips as
requested approximately 3 months ago, and I told him I need to
take these films to the radiological bone experts at UCSF to
allow them to advise on the differential diagnosis of Paget
versus burnt out_ osteomyelitis.  He also has pain and
weakness in the right knee.  He is currently taking carvedilol
12.5 mg 1 p.o. twice a day, ranitidine 150 mg 1 p.o. twice a day,
vitamin D 50,000 units each week, alendronate 10 mg 4 orally
daily, calcium carbonate 500 mg 1 p.o. twice a day,
hydrochlorothiazide 25 mg 1 p.o. daily, DSS 100 mg 1 p.o. twice a
day, lisinopril 10 mg 1 p.o. daily, lactulose 10 g/15 mL 2
tablespoons daily, Fiber-Lax 1 p.o. twice each day, MS Contin 30
mg 2 twice each day, Zetia 10 mg 1 p.o. daily, and nortriptyline
25 mg 1 p.o. at bedtime.

For past medical history, allergy history, family history, and
social history, see H and P of 11/02/07 and followup reports to
that H and P.

REVIEW OF SYSTEMS:
He reports occasional shortness of breath, occasional ankle
swelling, and quite of bit of constipation which he believes is
secondary to the MS-Contin.  Shortness of breath is on exercise
and may be associated with deconditioning.

OBJECTIVE:
VITAL SIGNS:  When I saw him, his blood pressure was 126/71,

PRINTED BY: SARAH                    DATE      4/22/2008

DOCTORS MEDICAL CENTER

San Pablo Campus 2000 Vale Road. San Pablo, CA 94806
PT: CARMICHAEL, RAYNELL    DOB: 04/17/1951
ADM: 04/11/2008
ACCT: 000810200041  MR#: 000001133350
Michael O'Connor, MD*
AUTH ID: 2670


CONSULTATION


heart rate 69, respirations 20, temperature 98.2, weight 300
pounds, and height 6 feet 1 inch.
HEENT:  Within normal limits.
CHEST:  Clear.
CARDIAC:  Heart sounds 1+ and 2+.  No added sounds.
ABDOMEN:  Soft and nontender.  Bowel sounds positive.
EXTREMITIES:  Grossly within normal limits.
NEUROLOGIC:  Grossly within normal limits.

LABORATORY DATA:
There were no laboratory reports available at the time I saw him.

ASSESSMENT:
1.  A 56-year-old African American male with Paget or
burnt out osteomyelitis, history of vitamin D deficiency,
and osteoarthritis of the lumbosacral spine with sciatica on the
left side.
2.  Needs laboratories and plain films of shoulders and hips.  I
did obtain the reports, but I actually need the actual films of
the shoulders and hips.  The hip films are read as kyphosis of
the cervical spine, possibly associated with muscle spasm,
possibly longstanding with arthritis at C6-C7 with other cervical
disk spaces appearing unremarkable, and then the shoulder x-rays,
both the hips and the shoulders were done on 01/18/08.  The hip
x-rays show both hips with no significant arthritis change in
either hip.  There is abduction in the right hip but none in the
left.  No significant abnormality in the left hip.  In the
shoulders, internal and external rotation of both shoulders
revealed normal alignment, joint space, and caliber with no
significant abnormality in either glenoid rim or the acromion
joint.  No regional soft tissue calcifications noted suggesting
opacities in either shoulder.  No significant abnormality in
either shoulder.

PLAN:
Laboratories today with telephone followup, obtain the plain
films done on hips and shoulders, and the patient to follow at
Doctors Medical Center in 3 months with laboratory test prior to
the next visit.  The laboratories to be done today include intact
PTH, 25-hydroxy vitamin D, and a comprehensive metabolic panel.


          PRINTED BY: SARAH                    DATE      4/22/2008

DOCTORS MEDICAL CENTER
San Pablo Campus 2000 Vale Road. San Pablo, CA. 94806
PT: CARMICHAEL, RAYNELL    DOB: 04/17/1951
ADM: 04/11/2008
ACCT: 000810200041  MR#: 000001133350  ROOM:
Michael O`Connor, MD*  200804210990356800
AUTH ID: 2670

CONSULTATION


ADDENDUM

Addendum to dictation confirmation 9251.

Mr. Carmichael is a prisoner who I saw at Doctors Hospital in San
Pablo on 04/11/08 for Paget's vitamin D deficiency and also the
differential diagnosis includes old burnout osteomyelitis.  The
patient also has chronic arthritis of the lumbar sacral spine
with back pain.  At the time of the visit, certain laboratory
test results were not available to me.  We ordered the tests on
the day of the visit and the test came back showing a total
calcium of 8.8 and IntactPTH of 1.19 which is high and a total
25-hydroxy vitamin D of 55 which was normal.  So my conclusion
from these tests is that Mr. Carmichael has secondary
hyperparathyroidism.  It is not because of vitamin D deficiency
at this time because his vitamin D supplements have raised his
25-hydroxy vitamin D to an adequate level, and although his total
calcium is not low, the fact that his PTH is elevated suggests
that he may have an adequate calcium intake.  As a consequence, I
have asked _____ at Doctors Hospital to order a 24-hour
urine for calcium and creatinine which under steady state
conditions can answer the question of whether Mr. Carmichael is
getting enough oral calcium.  He told me that he was supposed to
be taking 1000 mg a day which usually would be adequate, although
I had impression that he was missing doses.  So the plan is to
try to establish whether he is getting adequate calcium intake.


MO: Spheris27946
D: 04/21/08 11:55 T: 04/22/08 01:40 DOCUMENT: 200804210990356800



Michael O`Connor, MD*

DOCTORS MEDICAL CENTER
San Pablo Campus 2000 Vale Road. San Pablo, CA 94806
PT: CARMICHAEL, RAYNELL    DOB: 04/17/1951
ADM: 04/11/2008
ACCT: 000810200041  MR#: 000001133350
Michael O`Connor, MD*
AUTH ID: 2670

CONSULTATION


MO: Spheris23750
D: 04/14/08 22:55 T: 04/15/08 02:48 DOCUMENT: 200804150997609900


Michael O`Connor, MD*

Authenticated and Edited by Michael  O`Connor, M.D. On 4/15/08 5:31:15 PM

PRINTED BY: SARAH                    DATE     4/22/2008

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:  MEDICAL ☐   MENTAL HEALTH ☐   DENTAL ☐   MEDICATION REFILL ☒

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Carmichael, Raynell | D-25366 | 2N1-L |

PATIENT SIGNATURE *Raynell Carmichael*

DATE April 22, 2008

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) The Pharmacy didn't send HYDROCHLOROTHIAZIDE 25mgs in March-2008, WHY!, IT STOP Aug 25,08, I've a 602#SQ-08-0275, dealing with the Pharmacy not sending Lipitor 80mgs in Sept 07, over 30-days. The pharmacy is part to Blame for my kidney failure on Oct 8, 2007, The Pharmacy sent out imcomplete Bluk Meds-Fiber, The Pharmacy continues incompetent & Neglience is causing me Physcical damages in retaining water, Body swelling with out my pills.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | | Received by: | |
|---|---|---|---|
| Date / Time Reviewed by RN: | 4-23-08 | Reviewed by: | A. Irvine, RN |

S:

Pain Scale:  1  2  3  4  5  6  7  8  9  10

Dr. Apt 4/30/08

O:  T:     P:     R:     BP:          WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)   Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

2 EXHIBIT 13

# DEPARTMENT OF CORRECTIONS
## SAN QUENTIN STATE PRISON

### SOAPE NOTE

**PATIENT:** CARMICHAEL, RAYNELL

**CDC:** D25366

**DATE OF BIRTH:**  / /

**DATE OF SERVICE:** 04/30/2008

**HOUSING UNIT:** NORTH BLOCK

**PAROLE DATE:** LIFER

### CCP FOLLOWUP

**PROBLEM LIST:** Includes:
1. Paget's disease's disease.
2. Morbid obesity.
3. Hypertension.
4. Vitamin D deficiency.
5. Chronic back pain.
6. Bilateral leg pain, neck pain, occasional numbness in the left thumb, index finger, and 2nd finger.
7. Chronic constipation.
8. Chronically elevated alkaline phosphatase.
9. Elevated CPK on statin agents.  Currently off statin agents.
10. Hyperlipidemia, off statin agents, on Zetia.
11. History of acute renal failure in 2007 possibly precipitated by a high dose of ibuprofen.
12. Chronic lower bilateral extremity edema.
13. Normocytic anemia.

**SUBJECTIVE:**  The patient has seen Dr. O'Connor who pretty much said things are going well at this point, and also he saw chronic pain management which recommended increasing his nortriptyline.  The patient says he has not been getting his Coreg.  He is very upset that he has not seen a rheumatologist even though there has been no indication that he needs to see a rheumatologist.  He is also mad at me that I have not ordered alkaline phosphatase isoenzyme tests that have not been recommended by Dr. O'Connor.

**OBJECTIVE:**
VITAL SIGNS: Blood pressure 166/76, pulse 97, respiratory rate 18, afebrile, 96% on room air.
LUNGS:  Clear.
CARDIAC:  Regular rate and rhythm.
ABDOMEN:  Obese.
EXTREMITIES:  Trace to 1+ lower extremity edema.

**ASSESSMENT AND PLAN:**
1. Hypertension, not well-controlled.  Restart his Coreg in addition to his other blood pressure medications.
2. Paget's disease.  Continue calcium vitamin D and alendronate.

PATIENT: RAYNELL CARMICHAEL
DATE OF SERVICE: 04/30/2008                                    CDC: D25366
Page 2

3.   Hyperlipidemia on Zetia.
4.   Pain management. Increase nortriptyline to 50. Continue his narcotics as they are.
5.   I wrote him a chrono for TED stockings and for a shower chrono that he could spend a little bit more time in the shower when other ADA inmates can shower.
6.   Follow up with me in a month.


_____
Ɓ. RAND, M.D.

ƁV/sts
D:  04/30/2008 11:51:00
T:  05/01/2008 11:26:10
Job #:  88667

EXHIBIT 14

603169

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

# HEALTH CARE SERVICES REQUEST FORM

DEPARTMENT OF CORRECTIONS

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL xx    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL xxx

| NAME | CDC NUMBER | HOUSING |
|---|---|---|
| Carmichael, Raynell | D-25366 | 2N-1-L |

PATIENT SIGNATURE *Raynell Carmichael*

DATE: May 24, 2008

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem) RANITIDINE, STOP %?5/25/08, ***STOP-ALL-Temporay-Doctors Appointments, outside, specialist Consultation, Inside Appointments Doctors Visits,Bloos Test, Etc. Starting June 2,08,-October-2008, Reason I'll be in a program: ACT Addiction Counselor Traning, Monday-Tuesday-Wednesday-from 7;30am-3:oopm-for 4-Months-Please Honor this request. After May 30,08, No more Doctors Visits with Dr. RAND,,due to Conflict of Intrest.

NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:      Pain Scale:   1   2   3   4   5   6   7   8   9   10

O:   T:    P:    R:    BP:    WEIGHT:

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (IMMEDIATELY) | URGENT ☐ (WITHIN 24 HOURS) | ROUTINE ☐ (WITHIN 14 CALENDAR DAYS) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP NAME | SIGNATURE / TITLE | | DATE/TIME COMPLETED |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

SAN QUENTIN STATE PRISON
HEALTH CARE SERVICES/NOTES

PATIENT: CARMICHAEL,RAYNELL           CDCR# D-25366

DATE OF BIRTH: April 17, 1951         DATE OF SERVICE: May 30,2008

HOUSING UNIT: 2-N-1-L

                                       CDC#603169
                            Physician (MD) Dr. V. RAND,MD

High Rish/Chronic Care/Problems/Symptoms. RN-LINE,Ms. Jackson    8:30am

STOP-ALL-Temporay-Doctors Appointments,outside Specialist Consultation, inside Appointment Doctors Visit, Blood Test Etc. Starting June 2,2008, Due to the FACT I'll be in ACT:ADDICTION COUNSELORS TRAING,Classes Mon-Tues&Wed &:30am-3:00pm for 4-Months. Thursday & Friday are open for any Doctors Appointments-PLEASE HONOR-This Request-Notify the Scheduler!!! No more Doctors Visits with Dr.RAND,MD Due to a Conflict of Interest. I will only see Dr.RAND to Renew Medication.

I am requesting an increase of Ms Contin 15mgs, Due to the increase level of pain 7-8, in lower back, left leg &Foot. numbness, tingling,Right Knee & Neck My condition is worsening with out any treatment.

I feel that I've been subjected to Selective Discrimination due to the FACT that other inmates have had there outside consultation,plus treatment. I had recomemdation to be seen by an Rheunatalog on May 25,2007, No Visit over a year, I had consultation by Dr. pappas NEURSURGERY on January 25,2008, he recommed a epidural steroid injections, also recomemed an MRI of the cerical spine pinch nerve c6 & c7, 1 & 2 fingers plus Tumb of both hands,Dr. pappas recommed a referral to Dr.Matan or Dr. Lyon due to bone to bone grinding, stiffness, poping & cracking right knee. this order was reworte March 27,08, WHY! was I deined, when other inmates went before me and I am still waiting.

I seen the dietician on May 14, 2008, she has the 1520 Calories diet made. it was sent to North Block, But was lost I still need a copy. Please contact Ms. CORA at EXT#5977-Than you.

I am responding to the reason for the ADA-Shower Chrono, It was due to the FACT that I am unable to stand along time taking a shower. I have STOP and Rest and let the pain in my back stop aching ant then finish taking the shower.

Cc: This is to be place with in my Medical file

SAN QUENTIN STATE PRISON

HEALTH CARE SERVICES/NOTES

PATIENT: CARMICHAEL, RAYNELL

CDCR# D-25366

DATE OF BIRTH: April 17, 1951

DATE OF SERVICE: _____

HOUSING UNIT: 2-N-1-L

Physician (MD)

High Rish/Chronic Care/Problems/Symptoms.

Cc: This is to be place with in my Medical file