IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNELL CARMICHAEL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RODERICK HICKMAN, et al.,<br><br>　　　　Defendants. | No. C 07-05622 CW (PR)<br><br>ORDER DISMISSING SUPERVISORY LIABILITY CLAIMS AGAINST DEFENDANTS HICKMAN, TILTON, SILLEN, AYERS, ST. CLAIR, SAYLOR AND KANA |

　　On September 22, 2008, the Court issued an Order of Service and directed Plaintiff to amend his supervisory liability claims against Defendants Hickman, Tilton, Sillen, Ayers, St. Clair, Saylor and Kana. The Court gave Plaintiff until October 23, 2008 to file an amendment to the complaint. Failure to do so would result in dismissal of his supervisory liability claims without prejudice. The time to file the amendment to the complaint has passed, and Plaintiff has failed to do so. Accordingly,

　　IT IS HEREBY ORDERED that his supervisory liability claims against Defendants Hickman, Tilton, Sillen, Ayers, St. Clair, Saylor and Kana are dismissed without prejudice.

　　IT IS SO ORDERED.

Dated: 11/10/08

　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RAYNELL CARMICHAEL,

    Plaintiff,

v.

RODERICK HICKMAN et al,

    Defendant.

Case Number: CV07-05622 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raynell Carmichael D-25366
San Quentin State Prison-2N1-L
San Quentin, CA 94974

Dated: November 10, 2008

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

2