IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYNELL CARMICHAEL,

    Plaintiff,

  v.

RODERICK HICKMAN, et al.,

    Defendants.
_____/

No. C 07-05622 CW (PR)

ORDER DIRECTING PLAINTIFF TO PROVIDE REQUIRED INFORMATION NECESSARY TO LOCATE DEFENDANTS ERICKSON, DASZKO, CORZINE, ZALPURI, SLATER, EMAMI, WILSON AND SUNDARSON

    Plaintiff, a state prisoner, filed the present pro se prisoner complaint under 42 U.S.C. § 1983. The Court issued an Order of Service and mailed a Notice of Lawsuit, a Request for Waiver of Service of Summons as well as the complaint to each Defendant.

    On September 25, 2008, the Litigation Coordinator at San Quentin State Prison (SQSP) informed the Court that service could not be completed on Defendants Erickson, Daszko, Corzine, Zalpuri, Slater, Emami,[1] Wilson and Sundarson because they are no longer employed at that facility. Plaintiff must provide the Court with the location of these Defendants before the Court can arrange to serve them.

    As Plaintiff is proceeding in forma pauperis (IFP), he is responsible for providing the Court with current addresses for all Defendants so that service can be accomplished. See Walker v. Sumner, 14 F.3d 1415, 1422 (9th Cir. 1994); Sellers v. United States, 902 F.2d 598, 603 (7th Cir. 1990).

---

[1] Defendant Emami's name was misspelled as "Emani" in Plaintiff's complaint.

Pursuant to Fed. R. Civ. P. 4(m), if a complaint is not served within 120 days from the filing of the complaint, it may be dismissed without prejudice for failure of service.  When advised of a problem accomplishing service, a <u>pro se</u> litigant proceeding IFP must "attempt to remedy any apparent defects of which [he] has knowledge."  <u>Rochon v. Dawson</u>, 828 F.2d 1107, 1110 (5th Cir. 1987).

IT IS HEREBY ORDERED THAT within <u>thirty (30) days</u> of the date of this Order, Plaintiff must provide the Court with the current addresses of Defendants Erickson, Daszko, Corzine, Zalpuri, Slater, Emami, Wilson and Sundarson.  Plaintiff should review the federal discovery rules, Rules 26-37 of the Federal Rules of Civil Procedure, for guidance about how to determine the addresses of these defendants.  Failure to do so shall result in the dismissal of all claims against these Defendants.  If Plaintiff provides the Court with aforementioned required information, service shall again be attempted.  If service fails a second time, all claims against these Defendants shall be dismissed.

The Clerk of the Court shall send Plaintiff a copy of the letter filed by the SQSP Litigation Coordinator on September 25, 2008.

IT IS SO ORDERED.

Dated:  11/24/08

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RAYNELL CARMICHAEL,

        Plaintiff,

  v.

RODERICK HICKMAN et al,

        Defendant.
                                          /

Case Number: CV07-05622 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raynell Carmichael D-25366      w/letter
San Quentin State Prison-2N1-L
San Quentin, CA 94974

Trace O. Maiorino
California State Attorney General's Office
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004

Dated: November 24, 2008

                                        Richard W. Wieking, Clerk
                                        By: Sheilah Cahill, Deputy Clerk

3