IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYNELL CARMICHAEL,<br><br>　　　Plaintiff,<br><br>　　v<br><br>JAMES E. TILTON,<br><br>　　　Defendants. | Case No C 07-5622 CW<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

A settlement conference in this matter was held on <u>January 9, 2009</u>. The results of that proceeding are indicated below:

(1) The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

☒ Plaintiff

☐ Warden or warden's representative

☒ Office of the California Attorney General, Trace Maiorino

☒ Other: Dr. Lisa Pratt M.D. CMP CDCR

1  (2)  The following individuals, parties, and/or representatives did not appear:

2  (3)  The outcome of the proceeding was:

3  ☒ The case has been completely settled.

4  ☐ The case has been partially resolved and, on or before

5  _____, counsel for defendants shall file a joint stipulation specifying

6  those claims which have been resolved and those that remain to be resolved by the Court.

7  ☐ The parties agree to an additional follow up settlement on

8  _____.

9  ☐ The parties are unable to reach an agreement at this time.

10 Date:  January 21, 2009                         _____

11                                                 Nandor J Vadas
                                                   United States Magistrate Judge

**United States District Court**
For the Northern District of California

|  |  |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| Carmichael | No. C 07-5622 CW |
| v. | CERTIFICATE OF SERVICE |
| Tilton | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 21, 2009, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Raynell Carmichael**
D-25366
San Quentin State Prison-2N1-L
San Quentin, CA 94974

RICHARD W. WIEKING, CLERK

By:/s/_____
Deputy Clerk

3