IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYNELL CARMICHAEL,

    Plaintiff,

    v

RODERICK HICMAN et al.,

    Defendants.

Case No C 07 5622 CW

REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING

A further settlement conference in this matter was held on December 17, 2009. The results of that proceeding are indicated below:

(1)     The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒ Plaintiff

    ☐ Warden or warden's representative

    ☒ Office of the California Attorney General, Trace Maiorino

    ☒ Other: California Department of Corrections and Rehabilitation

(2) The following individuals, parties, and/or representatives did not appear:
(3) The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time. Deputy Attorney General Trace Maiorino informed the court that he felt that no further settlement conference would be successful in resolving this matter short of jury trial.

Date: 2/9/10

_____
Nandor J Vadas
United States Magistrate Judge

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

Carmichael

v.

Hickman

_____/

No. C 07-5622 CW

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   2/9/10, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Raynell Carmichael**
D-25366
San Quentin State Prison-2N1-L
San Quentin, CA 94974


RICHARD W. WIEKING, CLERK


By:/s/_____
        Deputy Clerk

3